# UNITED STATES DISTRICT COURT

__SOUTHERN__  DISTRICT OF  __NEW YORK__

## APPEARANCE

ROBERT CORWIN on behalf of himself and all other similarly situated

v.

BERND R SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG

Case Number: 1:07-cv-06728 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Bernd R Seizinger
    Martine George
    Marcel Rosenczweig
    GPC Biotech AG

I certify that I am admitted to practice in this court.

__July 29, 2007__
Date

*(signature)*

James P. Tallon (JT 7886)
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4650
Fax: (212) 848-7179
Email: jtallon@shearman.com