# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

## APPEARANCE

ROBERT CORWIN on behalf of himself and all other similarly situated

v.

BERND R SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG

Case Number: 1:07-cv-06728 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Bernd R Seizinger
Martine George
Marcel Rosenczweig
GPC Biotech AG

I certify that I am admitted to practice in this court.

__July 29, 2007__
Date

*/s/ John C. Scalzo*
John C. Scalzo (JS 2804)
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4510
Fax: (646) 848-4510
Email: john.scalzo@shearman.com

NYDOCS04/480676.1                    1