Ralph M. Stone
Thomas G. Ciarlone, Jr.
Amanda C. Scuder
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340
Fax (212) 239-4310

*Attorneys for Movants and*
*[Proposed] Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CORWIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG,<br><br>Defendants. | CASE NO. 07 CV 6728 |
| ISTVÀN TEMESFOI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG,<br><br>Defendants. | CASE NO. 07 CV 7016<br><br>*Document Electronically Filed* |

| | |
|---|---|
| AUDREY DANG, Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG,<br><br>Defendants. | CASE NO. 07 CV 7476 |

**Affirmation Of Ralph M. Stone In Support Of
Motion For Consolidation, Appointment of Lead Plaintiffs And
Approval of Selection of Lead Counsel**

RALPH M. STONE, duly sworn, deposes and says:

1.  I am a member of the Bar of this Court and the law firm of Shalov Stone Bonner & Rocco LLP, counsel for the Temesfoi Lead Plaintiff Group. I submit this Affirmation in Support of the Temesfoi Lead Plaintiff Group's Motion For Consolidation, Appointment of Lead Plaintiffs and Approval of Selection of Lead Counsel. Except as otherwise stated, I have personal knowledge of the facts stated in this affirmation and, if called as a witness, could competently testify thereto.

2.  Attached hereto are true and correct copies of the following documents:

**Exhibit 1:** Certifications of Istvan Temesfoi, Stefan Ganswindt, Tobias Wenk, Elmar Rempel, and Matthias Lenardt (the "Temesfoi Lead Plaintiff Group");

**Exhibit 2:** A table summarizing the investment losses of the Temesfoi Lead Plaintiff Group in GPC Biotech AG securities;

**Exhibit 3:** Notice published over the national business-oriented *PR Newswire, Inc.* on July 26, 2007; and

**Exhibit 4:** Firm resume of Shalov Stone Bonner & Rocco LLP.

Executed under penalty of perjury under the laws of the United States this 24th day of September, 2007, in New York, New York.

                                                                                                                                             /s/ Ralph M. Stone

## CERTIFICATE OF SERVICE

RALPH M. STONE, of full age, hereby certifies:

1. I am an attorney at law admitted to practice in the State of New York and the United States District Court for the Southern District of New York.

2. On September 24, 2007, I electronically filed the within Notice of Motion for Consolidation, Appointment of Lead Plaintiffs and Approval of Selection of Lead Counsel; Memorandum of Law in Support thereof; Declaration of Ralph M. Stone in Support thereof, with Exhibits; and Proposed Form of Order with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>James Patrick Tallon, II, Esq.
>John Christian Scalzo, Esq.
>Tai Hyun Park, Esq.
>**Shearman & Sterling LLP**
>599 Lexington Avenue
>New York, NY 10022
>jtallon@shearman.com
>John.scalzo@shearman.com
>tpark@shearman.com
>
>*Attorneys for Defendants*
>
>Nancy Kaboolian, Esq.
>**Abbey Spanier Rodd & Abrams, LLP**
>212 East 39th Street
>New York, NY 10016
>nkaboolian@abbeygardy.com
>
>*Attorneys for Robert Corwin*

>Evan J. Smith, Esq.
>**Brodsky & Smith, LLC**
>240 Mineola Boulevard
>Mineola, NY 11501
>esmith@brodsky-smith.com
>
>*Attorneys for Audrey Dang*

3.  On September 24, 2007, I caused the aforesaid documents to be sent by first-class mail to the following non-ECF parties:

>Laurence D. Paskowitz, Esq.
>**Paskowitz & Associates**
>60 East 42nd Street, 46th Floor
>New York, NY 10016
>
>Roy L. Jacobs, Esq.
>**Roy Jacobs & Associates**
>60 East 42nd Street, 46th Floor
>New York, NY 10016
>
>*Attorneys for Robert Corwin*
>
>Richard A. Maniskas, Esq.
>D. Seamus Kaskela, Esq.
>Schffrin Barroway Topaz & Kessler LLP
>280 King of Prussia Road
>Radnor, PA 19087
>
>*Attorneys for Audrey Dang*

4.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

>/s/ Ralph M. Stone
>Ralph M. Stone (RS-4488)