# Exhibit 1

## CLASS ACTION CERTIFICATION

I declare as to the claims asserted under the federal securities laws that:

1. I have reviewed the complaint prepared by counsel in the above-captioned case and authorize the filing of the same or a similar complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the proposed Class Period, I executed the following transactions relating to GPC Biotech securities (fill in dates and amounts of all transactions, indicating "bought" or "acquired" and "sold" and prices):

| Date | Action | Shares | Price |
|---|---|---|---|
| 02/26/2007 | Bought | 169 shares | EUR 24,88/share |
| 02/26/2007 | Bought | 479 shares | EUR 24,85/share |
| 02/26/2007 | Bought | 7.632 shares | EUR 24,84/share |
| 02/26/2007 | Bought | 400 shares | EUR 24,89/share |
| 02/26/2007 | Bought | 1.320 shares | EUR 24,90/share |
| 07/27/2007 | Sold | 1.625 shares | EUR 7,77/share |
| 07/27/2007 | Sold | 300 shares | EUR 7,76/share |
| 07/27/2007 | Sold | 4.769 shares | EUR 7,74/share |
| 07/27/2007 | Sold | 3.306 shares | EUR 7,75/share |

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _03_ day of _Aug_, 2007.

Signed: _____

Print your name: _____István Temesföi_____

## CLASS ACTION CERTIFICATION

I, Tobias Wenk, with power of attorney for Ruediger Wenk, declare as to the claims asserted under the federal securities laws that:

1. I am the son of Ruediger Wenk, and a businessman. I am acting with the full knowledge of, and authority and power of attorney from Ruediger Wenk, and I had this authority when making all of the transactions forming the basis of this certification. I am the person who made the investment decisions reflected in the transactions listed with this certification. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I am prepared to travel to the United States, as necessary, to serve this purpose or any other purposes required in the case or directed by my counsel.

4. During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities in the account of Ruediger Wenk:

    *See Attachment A*

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

*/s/ Tobias Wenk*

Munich the 21 of September 2007

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21 day of September, 2007 in Grünwald, Germany.

Signed: _____  Print Name: TOBIAS WENK

Address: Oberfohringer Str 126  Telephone: 0049 170 2220808
D-81679 München  E-mail: tobiaswenk@hotmail.com
GERMANY

Attachment A to certification of Tobias Wenk

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 12/29/06 | 3,000 | € 19.06 | Frankfurt | 07/23/07 | 30,088 | € 13.313 | Frankfurt |
| 02/05/07 | 6,000 | € 22.30 | -"- | | | | |
| 02/05/07 | 6,000 | € 22.35 | -"- | | | | |
| 02/18/07 | 5,000 | € 24.80 | -"- | | | | |
| 07/05/07 | 5,000 | € 21.50 | -"- | | | | |
| 07/13/07 | 5,000 | € 22.51 | -"- | | | | |
| 07/20/07 | 88 | € 22.51 | -"- | | | | |

## CLASS ACTION CERTIFICATION

I, _Ganswindt Stefan_, declare as to the claims asserted under the federal securities laws that:

1. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

_page 1_

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 25.6.07 | 7000 | 21,08 € | XETRA | 25.7.07 | 7000 | 9,98 € | XETRA |
| 16.7.07 | | | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _28_ day of _August_, 2007.

Signed: _S Gan._  Print Name: _Ganswindt, Stefan_

Address: _Moselstr. 75_  Telephone: _02056 20243_
_42579 Heiligenhaus_  E-mail: _ganswi@freenet.de_

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 25.6.07 | 1688 | 19,87 | XETRA | 25.7.07 | 3043 | 9,90 | XETRA |
| " | 200 | 19,85 | " | " | 957 | 9,90 | " |
| " | 112 | 19,85 | " | " | 1000 | 10,36 | " |
| " | 416 | 19,60 | " | " | 1000 | 9,92 | " |
| " | 200 | 19,60 | " | " | 1000 | 10,01 | " |
| " | 384 | 19,60 | " | | | | |
| 11.7.07 | 203 | 20,62 | " | | | | |
| " | 91 | 20,62 | " | | | | |
| " | 341 | 20,62 | " | | | | |
| " | 187 | 20,62 | " | | | | |
| " | 178 | 20,62 | " | | | | |
| 13.7.07 | 600 | 22,50 | " | | | | |
| " | 600 | 22,50 | " | | | | |
| " | 687 | 22,50 | " | | | | |
| " | 113 | 22,50 | " | | | | |
| 16.7.07 | 369 | 22,66 | " | | | | |
| " | 385 | 22,66 | " | | | | |
| " | 246 | 22,66 | " | | | | |
| TOTAL | 7000 | ⌀ 21,08 € | | TOTAL | 7000 | ⌀ 9,98 € | |

page 2

TOTAL buy   147613,76 €
TOTAL sell   69890,00 €
TOTAL Loss   77723,76 €

## CLASS ACTION CERTIFICATION

①

I, *Matthias Lenardt*, declare as to the claims asserted under the federal securities laws that:

1. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 23.7.07 | 1165 | 13,44 € | | | | | |
| 23.7.07 | 390 | 13,43 | | | | | |
| 23.7.07 | 1500 | 13,42 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7. day of *August*, 2007.

Signed: _____   Print Name: *Matthias Lenardt*

Address: *Plattnersgasse 1*   Telephone: *0171 7725551*

*90403 Nürnberg*   E-mail: *matthias@lenardt.de*



Kopie an Mdt.: Stellungn. | WV:
EINGEGANGEN
07. AUG. 2007
ROTTER
RECHTSANWÄLTE



## CLASS ACTION CERTIFICATION

I, Matthias Lenardt, declare as to the claims asserted under the federal securities laws that:

    1.    I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

    2.    I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

    3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

    4.    During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 23.7.07 | 1100 | 13,22 | | | | | |
| 23.7.07 | 1500 | 13,49 | | | | | |
| 20.7.07 | 200 | 15,29 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

    5.    In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

    6.    I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7. day of August, 2007.

Signed: _____    Print Name: Matthias Lenardt

Address: Rathsgasse 1    Telephone: 0171 77 25 55 1
80403 Nürnberg    E-mail: matthias@lenardt.de

## CLASS ACTION CERTIFICATION



I, __Matthias Lenardt__, declare as to the claims asserted under the federal securities laws that:

1. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 20.7.07 | 500 | 15,30 | | | | | |
| 20.7.07 | 800 | 15,09 | | | | | |
| 20.7.07 | 800 | 15,12 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __7.__ day of __August__, 2007.

Signed: _____  Print Name: __Matthias Lenardt__

Address: __Platnosgasse 1__   Telephone: __0171 77 25 55 1__
__90403 Nürnberg__   E-mail: __matthias@lenardt.de__

**CLASS ACTION CERTIFICATION**

I, *Matthias Lenardt*, declare as to the claims asserted under the federal securities laws that:

1. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 20.7.07 | 100 | 14,39 | | | | | |
| 20.7.07 | 1650 | 14,00 | | | | | |
| 28.2.07 | 200 | 20,95 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7, day of *August*, 2007.

Signed: _____   Print Name: *Matthias Lenardt*

Address: *Platnersgasse 1*   Telephone: *0171 7725551*
*90403 Nürnberg*   E-mail: *matthias@lenardt.de*

## CLASS ACTION CERTIFICATION



I, __Matthias Lenardt__, declare as to the claims asserted under the federal securities laws that:

1. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 28.2.07 | 275 | 20,96 | | | | | |
| 15.1.07 | 300 | 21,35 | | | | | |
| 15.1.07 | 450 | 21,41 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __7.__ day of __August__, 2007.

Signed: _____   Print Name: __Matthias Lenardt__

Address: __Platnersgasse 1__   Telephone: __0171 7725551__
__90403 Nürnberg__   E-mail: __matthias@lenardt.de__

## CLASS ACTION CERTIFICATION

I, Elmar Rempel, with power of attorney for Christl Mueller, declare as to the claims asserted under the federal securities laws that:

1. I am the grandson of Christl Mueller, and a businessman. I am acting with the full knowledge of, and authority and power of attorney from Christl Mueller, and I had this authority when making part of the transactions forming the basis of this certification. I am the person who made the investment decisions reflected in the transactions listed with this certification. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I am prepared to travel to the United States, as necessary, to serve this purpose or any other purposes required in the case or directed by my counsel.

4. During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities in my own account and in the account of Christl Mueller:

   *See Attachment A*

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24 day of September, 2007 in Grünwald, Germany.

Signed: _C. L____

Print Name: Elmar Rempel

Address: Eisenmannstr. 11
93049 Regensburg

Telephone: 0049-941-2902715

E-mail: elmar@oberfraenkische-glas.de

Attachment # 1 "Account Elmar Rempel"

|  | Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|---|
|  | 02/01/07 | 100 | € 21.78 | Frankfurt | 07/20/07 | 1,000 | € 18.66 | Xetra |
|  | 07/03/07 | 900 | € 21.14 | Quotrix | 07/24/07 | 20,000 | € 0.07 | Frankfurt |
| Call | 07/11/07 | 10,000 | € 0.10 | Stuttgart | | | | |
| Call | 07/18/07 | 10,000 | € 0.13 | -"- | | | | |
| Call | 07/19/07 | 10,000 | € 0.15 | Commerzbank | | | | |
| Call | 07/20/07 | 20,000 | € 0.11 | Stuttgart | | | | |
| Call | 07/20/07 | 20,000 | € 0.08 | Frankfurt | | | | |
| Call | 07/20/07 | 5,000 | € 0.23 | -"- | | | | |
| Call | 07/20/07 | 20,000 | € 0.08 | -"- | | | | |
|  | 07/21/07 | 1,000 | € 17.50 | Quotrix | | | | |

Attachment A2 – Account Christl Mueller

|  | Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|---|
|  | 06/12/07 | 1,000 | € 19.65 |  |  |  |  |  |
|  | 06/25/07 | 500 | € 19.95 | Frankfurt |  |  |  |  |
|  | 07/03/07 | 500 | € 21.62 |  |  |  |  |  |
|  | 07/10/07 | 500 | € 21.12 |  |  |  |  |  |
| Call | 07/11/07 | 10,000 | € 0.10 | Stuttgart |  |  |  |  |
| Call | 07/13/07 | 10,000 | € 0.15 | -"- |  |  |  |  |
| Call | 07/19/07 | 10,000 | € 0.15 | -"- |  |  |  |  |
|  | 07/20/07 | 500 | € 21.53 |  |  |  |  |  |
| Call | 07/20/07 | 10,000 | € 0.23 | Frankfurt |  |  |  |  |
| Call | 07/20/07 | 10,000 | € 0.12 | Stuttgart |  |  |  |  |
|  | 07/20/07 | 500 | € 19.62 |  |  |  |  |  |
|  | 07/20/07 | 1,000 | € 19.00 |  |  |  |  |  |
| Call | 07/20/07 | 10,000 | € 0.075 | Frankfurt |  |  |  |  |
|  | 07/20/07 | 1,000 | € 16.70 |  |  |  |  |  |
|  | 07/20/07 | 1,000 | € 15.50 |  |  |  |  |  |
| Call | 07/20/07 | 20,000 | € 0.085 | Stuttgart |  |  |  |  |
| Call | 07/20/07 | 20,000 | € 0.011 | -"- |  |  |  |  |
|  | 07/20/07 | 1,000 | € 14.00 |  |  |  |  |  |