# Exhibit 2

**EXHIBIT 2**

**GPC BIOTECH AG**
**CLASS PERIOD: 12/5/2005-7/24/2007**

**SHALOV STONE BONNER & ROCCO LLP**

| Plaintiff | Purchase Date | No. Shares | Price per share | Total | Sale Date | No. Shares | Price per share | Total | Recognized Loss | Unrecognized Loss[1] | Total Loss (dollars) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Istvan Temesfoi | 2/26/2007 | 169 | €24.88 | €4,204.72 | | | | | | | |
| | 2/26/2007 | 479 | €24.85 | €11,903.15 | | | | | | | |
| | 2/26/2007 | 7,632 | €24.84 | €189,578.88 | | | | | | | |
| | 2/26/2007 | 400 | €24.89 | €9,956 | | | | | | | |
| | 2/26/2007 | 1,320 | €24.90 | €32,868 | | | | | | | |
| | | | | | 7/27/2007 | 1,625 | €7.77 | €12,626.25 | | | |
| | | | | | 7/27/2007 | 300 | €7.76 | €2,328 | | | |
| | | | | | 7/27/2007 | 4,769 | €7.74 | €36,912.06 | | | |
| | | | | | 7/27/2007 | 3,306 | €7.75 | €25,621.5 | | | |
| Total | | 10,000 | | €248,510.75 | | 10,000 | | €77,487.81 | €171,022.94 | | $240,971.32 |
| Tobias Wenk[2] | 12/29/2006 | 3,000 | €19.06 | €57,180 | | | | | | | |
| | 2/5/2007 | 6,000 | €22.30 | €133,800 | | | | | | | |
| | 2/5/2007 | 6,000 | €22.35 | €134,100 | | | | | | | |
| | 2/18/2007 | 5,000 | €24.80 | €124,000 | | | | | | | |
| | 7/5/2007 | 5,000 | €21.50 | €107,500 | | | | | | | |
| | 7/13/2007 | 5,000 | €22.51 | €112,550 | | | | | | | |
| | 7/20/2007 | 88 | €22.51 | €1,980.88 | | | | | | | |

|  | Date | Qty | Price | Amount (€) | Date | Qty | Rate | Amount (€) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total** |  | 30,088 |  | € 671,110.88 | 7/23/2007 | 30,088 | 13.313 | € 400,561.54 | € 270,549.34 | $381,204.02 |
|  |  |  |  |  |  |  |  |  |  |  |
| Stefan Ganswindt |  |  |  |  |  |  |  |  |  |  |
|  | 6/25/2007 | 1,688 | €19.87 | €33,540.56 |  |  |  |  |  |  |
|  | 6/25/2007 | 200 | €19.85 | €3,970 |  |  |  |  |  |  |
|  | 6/25/2007 | 112 | €19.85 | €2,223.20 |  |  |  |  |  |  |
|  | 6/25/2007 | 416 | €19.60 | €8,153.60 |  |  |  |  |  |  |
|  | 6/25/2007 | 200 | €19.60 | €3,920.00 |  |  |  |  |  |  |
|  | 6/25/2007 | 384 | €19.60 | €7,526.40 |  |  |  |  |  |  |
|  | 7/11/2007 | 203 | €20.62 | €4,185.86 |  |  |  |  |  |  |
|  | 7/11/2007 | 91 | €20.62 | €1,876.42 |  |  |  |  |  |  |
|  | 7/11/2007 | 341 | €20.62 | €7,031.42 |  |  |  |  |  |  |
|  | 7/11/2007 | 187 | €20.62 | €3,855.94 |  |  |  |  |  |  |
|  | 7/11/2007 | 178 | €20.62 | €3,670.36 |  |  |  |  |  |  |
|  | 7/13/2007 | 600 | €22.50 | €13,500 |  |  |  |  |  |  |
|  | 7/13/2007 | 600 | €22.50 | €13,500 |  |  |  |  |  |  |
|  | 7/13/2007 | 687 | €22.50 | €15,457.50 |  |  |  |  |  |  |
|  | 7/13/2007 | 113 | €22.50 | €2,542.50 |  |  |  |  |  |  |
|  | 7/16/2007 | 369 | €22.66 | €8,361.54 |  |  |  |  |  |  |
|  | 7/16/2007 | 385 | €22.66 | €8,724.10 |  |  |  |  |  |  |
|  | 7/16/2007 | 246 | €22.66 | €5,574.36 |  |  |  |  |  |  |
|  |  |  |  |  | 7/25/2007 | 3,043 | €9.90 | €30,125.70 |  |  |
|  |  |  |  |  | 7/25/2007 | 957 | €9.90 | €9,474.30 |  |  |
|  |  |  |  |  | 7/25/2007 | 1,000 | €10.36 | €10,360 |  |  |
|  |  |  |  |  | 7/25/2007 | 1,000 | €9.92 | €9,920 |  |  |
|  |  |  |  |  | 7/25/2007 | 1,000 | €10.01 | €10,010 |  |  |
| **Total** |  | 7,000 |  | €147,613.76 |  | 7000 |  | €69,890 | €77,723.76 | $109,512.77 |

| Matthias Lenardt | Date | Shares | Price | Amount | | | € Total | $ Total |
|---|---|---|---|---|---|---|---|---|
| | 1/15/2007 | 300 | €21.35 | €6,405 | | | | |
| | 1/15/2007 | 450 | €21.41 | €9,634.5 | | | | |
| | 2/28/2007 | 275 | €20.96 | €5,764 | | | | |
| | 2/28/2007 | 200 | €20.95 | €4,190 | | | | |
| | 7/20/2007 | 1650 | €14.00 | €23,100 | | | | |
| | 7/20/2007 | 100 | €14.39 | €1,439 | | | | |
| | 7/20/2007 | 500 | €15.30 | €7,650 | | | | |
| | 7/20/2007 | 800 | €15.09 | €12,072 | | | | |
| | 7/20/2007 | 800 | €15.12 | €12,096 | | | | |
| | 7/20/2007 | 200 | €15.29 | €3,058 | | | | |
| | 7/23/2007 | 1500 | €13.49 | €20,235 | | | | |
| | 7/23/2007 | 1100 | €13.22 | €14,542 | | | | |
| | 7/23/2007 | 1165 | €13.44 | €15,657.60 | | | | |
| | 7/23/2007 | 390 | €13.43 | €5,237.70 | | | | |
| | 7/23/2007 | 1500 | €13.42 | €20,130 | | | | |
| **Total** | | 10,930 | | €161,210.80 | | | €61,201.30 | $86,232.63 |

| Elmar Rempel[3] | Date | Shares | Price | Amount | | | € Total | $ Total |
|---|---|---|---|---|---|---|---|---|
| | 2/1/2007 | 100 | €21.78 | €2,178 | | | | |
| | 7/3/2007 | 900 | €21.14 | €19,026 | | | | |
| | 7/20/2007 | 1,000 | €18.66 | €18,660 | | | €2,604 | $3669.03 |
| | 7/11/2007 | 10,000 A | €0.10 | €1,013.30 | | | | |
| | 7/18/2007 | 10,000 A | €0.13 | €1,313.54 | | | | |
| | 7/19/2007 | 10,000 A | €0.15 | €1,510.00 | | | | |

A = Options to buy this many shares at €25.00 per share, expiring September 25, 2007. These options were worthless upon expiration.

B = Options to buy this many shares at €23.00 per share, expiring December 14, 2007. The closing average price of these options in the period July 25, 2007 through September 21, 2007 is €0.001. For ease of reference, these options are treated as worthless herein.

| Date | Shares | Price | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/20/2007 | 20,000 A | €0.011 | €233.25 | | | | | | $320.40 |
| 7/20/2007 | 20,000 B | €0.08 | €1,613.78 | | | | | | |
| 7/20/2007 | 5,000 B | €0.23 | €1,163.42 | | | | | | |
| 7/20/2007 | 20,000 B | €0.08 | €1,613.78 | | | | | | |
| 7/21/2007 | 1,000 | €17.50 | €17,500 | | | | | | |
| Elmar Rempel Subtotal without Mueller | | | | | | | | | |
| | | | | 7/24/2007 | 20,000 B | €0.07 | €1386.38 | €227.40 | |
| | | | | | | | | €6,847.29 | $9,647.83 |
| | | | | | | | | | $9,968.23 |
| 6/12/2007 | 1,000 | €19.65 | €19,650 | | | | | | |
| 6/25/2007 | 500 | €19.95 | €9,975 | | | | | | |
| 7/3/2007 | 500 | €21.62 | €10,810 | | | | | | |
| 7/10/2007 | 500 | €21.12 | €10,560 | | | | | | |
| 7/11/2007 | 10,000 A | €0.10 | €1010.80 | | | | | | |
| 7/17/2007 | 10,000 A | €0.15 | €1511.20 | | | | | | |
| 7/19/2007 | 10,000 A | €0.15 | €1511.20 | | | | | | |
| 7/20/2007 | 500 | €21.53 | €10,765 | | | | | | |
| 7/20/2007 | 10,000 B | €0.23 | €2311.84 | | | | | | |
| 7/20/2007 | 10,000 A | €0.12 | €1210.96 | | | | | | |
| 7/20/2007 | 500 | €19.62 | €9,810 | | | | | | |
| 7/20/2007 | 1,000 | €19.00 | €19,000 | | | | | | |

A = Options to buy this many shares at €25.00 per share, expiring September 25, 2007. These options were worthless upon expiration.

B = Options to buy this many shares at €23.00 per share, expiring December 14, 2007. The closing average price of these options in the period July 25, 2007 through September 21, 2007 is €0.001. For ease of reference, these options are treated as worthless herein.

| | Date | Price | Amount | | | |
|---|---|---|---|---|---|---|
| | 7/20/2007 | 10,000 B | €0.075 | €760.75 | | |
| | 7/20/2007 | 1,000 | €16.70 | €16,700 | | |
| | 7/20/2007 | 1,000 | €15.50 | €15,500 | | |
| | 7/20/2007 | 20,000 B | €0.085 | €1711.36 | | |
| | 7/20/2007 | 20,000 A | €0.011 | €230.75 | | |
| | 7/20/2007 | 1,000 | €14.00 | €14,000 | | |
| | Mueller | subtotal | | | Stock | €58,295 |
| | | | | | Options | €10,258.86 |
| Total | Rempel with Mueller | | | €2,831.40 | €75,401.15 | $110,229.66 |

**LOSS TOTALS:**

| | |
|---|---|
| **Istvan Temesfoi:** | **$240,971.32** |
| **Tobias Wenk** | **$381,204.02** |
| **Stefan Ganswindt** | **$109,512.77** |
| **Matthias Lenardt:** | **$86,232.63** |
| **Elmar Rempel:** | **$110,229.66** |
| **Overall Total:** | **$928,150.40** |

A = Options to buy this many shares at €25.00 per share, expiring September 25, 2007. These options were worthless upon expiration.

B = Options to buy this many shares at €23.00 per share, expiring December 14, 2007. The closing average price of these options in the period July 25, 2007 through September 21, 2007 is €0.001. For ease of reference, these options are treated as worthless herein.

1.  Unrecognized loss is calculated using an estimated price per share of €9.15, the average daily closing price from the day following the alleged date of full disclosure, July 25, 2007 through September 21, 2007. Euro's were converted to dollars using the closing exchange rate of September 21, 2007, as reported in The Wall Street Journal, €1.00 = $1.4090.

2.  Mr. Wenk's trading was done with power-of-attorney and on behalf of his father's account, as reflected in his certification.

3.  Mr. Rempel's trading includes trading on his own behalf as well as on behalf of his grandmother over whose account he maintains power-of-attorney, as reflected in his certification.

A = Options to buy this many shares at €25.00 per share, expiring September 25, 2007. These options were worthless upon expiration.

B = Options to buy this many shares at €23.00 per share, expiring December 14, 2007. The closing average price of these options in the period July 25, 2007 through September 21, 2007 is €0.001. For ease of reference, these options are treated as worthless herein.