Ralph M. Stone (RS-4488)
Thomas G. Ciarlone, Jr. (TC-3881)
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
Fax (212) 239-4310

*Attorneys for Movants and*
*[Proposed] Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CORWIN, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG,<br><br>               Defendants. | CASE NO. 07 CV 6728 |
| ISTVÀN TEMESFOI, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG,<br><br>               Defendants. | CASE NO. 07 CV 7016<br><br>*Document Filed Electronically* |

| | |
|---|---|
| AUDREY DANG, Individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG,<br><br>    Defendants. | CASE NO. 07 CV 7476 |

**[Proposed] Order**

Upon the motion of the Temesfoi Lead Plaintiff Group for appointment of Lead Plaintiffs and Lead Counsel, the memorandum of law and all other papers offered in support thereof, and all prior proceedings had herein, it is hereby ordered that:

(1) The Temesfoi Lead Plaintiff Group is appointed Lead Plaintiff in these actions and in any action consolidated herewith or deemed related hereto; and

(2) The law firm of Shalov Stone Bonner & Rocco LLP is appointed Lead Counsel for Plaintiffs in these actions and in any action consolidated herewith or deemed related hereto.

Dated: _____

So Ordered:

_____
Hon. Denny Chin
United States District Judge