UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ROBERT CORWIN, Individually, and On : 
Behalf of All Others Similarly Situated, :
: Electronically Filed
Plaintiff, :
: Civil Action No.: 1:07-cv-06728-DC
v. : (ECF Case)
:
BERND R. SEIZINGER, MARTINE : Hon. Denny Chin
GEORGE, MARCEL ROSENCZWEIG, and :
GPC BIOTECH AG, :
:
Defendants. :
---------------------------------------------------------------- x

*(Additional captions on the following pages)*


**MOTION OF AXXION S.A. LUXEMBURG, ON BEHALF OF ITS AKROBAT FUND-VALUE, FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

------------------------------------------------------------ x
ISTVAN TEMESFOI, Individually, and On Behalf of All Others Similarly Situated,  :
:
:   Electronically Filed
Plaintiff,  :
:   Civil Action No.: 1:07-cv-07016-DC
v.  :   (ECF Case)
:
GPC BIOTECH AG, BERND R. SEIZINGER, :   Hon. Denny Chin
MARTINE GEORGE and, MARCEL  :
ROSENCZWEIG,  :
:
Defendants.  :
------------------------------------------------------------ x
AUDREY DANG, Individually, and On Behalf of All Others Similarly Situated,  :
:
:   Electronically Filed
Plaintiff,  :
:   Civil Action No.: 1:07-cv-07476-DC
v.  :   (ECF Case)
:
GPC BIOTECH AG, BERND R. SEIZINGER, :   Hon. Denny Chin
MARTINE GEORGE and, MARCEL  :
ROSENCZWEIG,  :
:
Defendants.  :
------------------------------------------------------------ x

PLEASE TAKE NOTICE that class member Axxion S.A. Luxemburg, on behalf of its Akrobat Fund-Value ("Axxion" or "Movant"), by its counsel, hereby move this Court for an Order: (i) consolidating the related actions; (ii) appointing Axxion as Lead Plaintiff; (iii) approving Axxion's selection of Labaton Sucharow LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, Axxion submits herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: Sept. 24, 2007                                  Respectfully submitted,

**LABATON SUCHAROW LLP**

By:  /s/ *Christopher J. Keller*
Christopher J. Keller (CK-2347)
Eric J. Belfi (EB-8895)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
100 Park Avenue
New York, New York 10017
Telephone:   (212) 907-0700
Facsimile:    (212) 818-0477

*Attorneys for Axxion and Proposed Lead Counsel for the Class*

**Tilp PLLC**

Marc Schiefer
140 Broadway
New York, NY 10005

*Counsel for Axxion*