UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
ROBERT CORWIN, Individually, and On  :
Behalf of All Others Similarly Situated,  :
    :  Electronically Filed
        Plaintiff,  :
    :  Civil Action No.: 1:07-cv-06728-DC
    v.  :  (ECF Case)
    :
BERND R. SEIZINGER, MARTINE  :  Hon. Denny Chin
GEORGE, MARCEL ROSENCZWEIG, and  :
GPC BIOTECH AG,  :
    :
        Defendants.  :
---------------------------------------------------------- x

*(Additional captions on the following pages)*

DECLARATION OF ALAN I. ELLMAN IN SUPPORT
OF THE MOTION OF AXXION S.A. LUXEMBURG, ON BEHALF OF ITS AKROBAT
FUND-VALUE, FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF SELECTION OF LEAD COUNSEL

```
------------------------------------------------------------ x
ISTVAN TEMESFOI, Individually, and On        :
Behalf of All Others Similarly Situated,     :
                                             :   Electronically Filed
                Plaintiff,                   :
                                             :   Civil Action No.: 1:07-cv-07016-DC
        v.                                   :   (ECF Case)
                                             :
GPC BIOTECH AG, BERND R. SEIZINGER,          :   Hon. Denny Chin
MARTINE GEORGE and, MARCEL                   :
ROSENCZWEIG,                                 :
                                             :
                Defendants.                  :
------------------------------------------------------------ x
AUDREY DANG, Individually, and On Behalf     :
of All Others Similarly Situated,            :
                                             :   Electronically Filed
                Plaintiff,                   :
                                             :   Civil Action No.: 1:07-cv-07476-DC
        v.                                   :   (ECF Case)
                                             :
GPC BIOTECH AG, BERND R. SEIZINGER,          :   Hon. Denny Chin
MARTINE GEORGE and, MARCEL                   :
ROSENCZWEIG,                                 :
                                             :
                Defendants.                  :
------------------------------------------------------------ x
```

Alan I. Ellman declares under penalty of perjury this day 24th day of September, 2007:

1. I am an associate with the law firm of Labaton Sucharow LLP. I submit this declaration in support of the motion of Axxion S.A. Luxemburg, on behalf of its Akrobat Fund-Value ("Axxion"), for consolidation, appointment as lead plaintiff, and for approval of selection of lead counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the signed certification of Axxion pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-4(a)(2).

3. Attached hereto as Exhibit B is a true and correct copy of a chart of Axxion's transactions and approximate losses in GPC securities.

4. Attached hereto as Exhibit C is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on July 26, 2007 on *PRNewswire*, advising the public of the pendency of a class action filed on behalf of shareholders of GPC Biotech AG ("GPC").

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Labaton Sucharow LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

ALAN I. ELLMAN (AE-7347)