# Exhibit A

## CERTIFICATION

I, Roman Mertes as Managing Director of Axxion S.A. Luxemburg, a Luxemburg investment firm ("Axxion"), hereby certify as follows:

1. Axxion and I are fully authorized to enter into and execute this Certification. I have reviewed a complaint prepared against GPC Biotech AG ("GPC") alleging violations of the federal securities laws;

2. Axxion did not purchase securities of GPC at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Axxion is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. Axxion has transactions in the securities of GPC as reflected in Exhibit A, are attached hereto;

5. Axxion has not sought to serve as a lead plaintiff in a class action under the federal securities laws during the last three years.

6. Beyond the pro rata share of any recovery, Axxion and I will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 24th day of September, 2007.

_____
Roman Mertes, Managing Director of Axxion S.A.
Luxemburg

EXHIBIT A

## TRANSACTIONS IN
## GPC BIOTECH AG

**AKROBAT FUND -VALUE**

| Transaction Type | Trade Date | Share | Price Per Share (EUR) | Cost/Proceeds (EUR) | Price Per Share (USD) | Cost/Proceeds (USD) |
|---|---|---|---|---|---|---|
| Purchase | 3/6/07 | 52,000 | € 18.9736 | -€ 988,157.14 | $24.9085 | -$1,295.244.19 |
| Purchase | 5/11/07 | 10,000 | € 20.7650 | -€ 207,700.00 | $28.0826 | -$280,825.86 |
| Purchase | 5/11/07 | 40,000 | € 21.0100 | -€ 841,450.00 | $28.4139 | -$1,136,556.96 |
| Purchase | 6/11/07 | 12,550 | € 19.1500 | -€ 240,743.00 | $25.5825 | -$321,060.19 |
| Purchase | 7/23/07 | 35,450 | € 19.0000 | -€ 674,610.33 | $26.2333 | -$929,970.49 |
| Sale | 8/2/07 | 75,000 | € 10.7250 | € 803,118.44 | $14.6975 | $1,102,315.50 |
| Sale | 8/22/07 | 3,100 | € 11.3500 | € 35,082.22 | $15.3713 | $47,651.05 |
| Sale | 9/7/07 | 25,900 | € 11.3124 | € 292,501.67 | $15.5760 | $403,419.53 |