# Exhibit B

Case 1:07-cv-06728-DC    Document 14-3    Filed 09/24/2007    Page 1 of 2

Loss Analysis
Axxion S.A. Luxemburg

Class Period: 12/5/05-7/24/07

**Akrobat Fund - Value**

| Transaction Type | Trade Date | No. of Shares | Price Per Share (EUR) | Cost/Proceeds (EUR) | Exch Rate** | Price Per Share (USD) | Cost/Proceeds (USD) |
|---|---|---|---|---|---|---|---|
| Purchase | 03/06/07 | 52,000 | € 18.9736 | -€ 988,157.14 | 1.3128 | $24.9085 | -$1,295,244.19 |
| Purchase | 05/11/07 | 10,000 | € 20.7650 | -€ 207,700.00 | 1.3524 | $28.0826 | -$280,825.86 |
| Purchase | 05/11/07 | 40,000 | € 21.0100 | -€ 841,450.00 | 1.3524 | $28.4139 | -$1,136,556.96 |
| Purchase | 06/11/07 | 12,550 | € 19.1500 | -€ 240,743.00 | 1.3359 | $25.5825 | -$321,060.19 |
| Purchase | 07/23/07 | 35,450 | € 19.0000 | -€ 674,610.33 | 1.3807 | $26.2333 | -$929,970.49 |
| | *Total Purchases:* | *150,000* | | *-€ 2,952,660.47* | | | *-$3,963,657.68* |
| Sale | 08/02/07 | 75,000 | € 10.7250 | € 803,118.44 | 1.3704 | $14.6975 | $1,102,315.50 |
| Sale | 08/22/07 | 3,100 | € 11.3500 | € 35,082.22 | 1.3543 | $15.3713 | $47,651.05 |
| Sale | 09/07/07 | 25,900 | € 11.3124 | € 292,501.67 | 1.3769 | $15.5760 | $403,419.53 |
| | *Total Sales:* | *104,000* | | *€ 1,130,702.33* | | | *$1,553,386.07* |
| | *Retained Shares** | *46,000* | *€ 9.1470* | *€ 420,762.00* | | *$12.5518* | *$577,383.26* |
| | | | FIFO/LIFO Loss: | -€ 1,401,196.14 | | | -$1,832,888.35 |

*Value of retained purchases is the mean trading price from 7/25/2007 to 9/24/2007.
**The exchange rate is based upon the closing values of the Euro to USD as reported on Bloomberg.