UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CORWIN, Individually, and On Behalf of All Others Similarly Situated, | |
| | Electronically Filed |
| Plaintiff, | |
| | Civil Action No.: 1:07-cv-06728-DC |
| v. | (ECF Case) |
| | |
| BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG, and GPC BIOTECH AG, | Hon. Denny Chin |
| | |
| Defendants. | |

*(Additional captions on the following pages)*

**CERTIFICATE OF SERVICE**

----------------------------------------------------------- x
ISTVAN TEMESFOI, Individually, and On             :
Behalf of All Others Similarly Situated,          :
                                                  :    Electronically Filed
               Plaintiff,                         :
                                                  :    Civil Action No.: 1:07-cv-07016-DC
       v.                                         :    (ECF Case)
                                                  :
GPC BIOTECH AG, BERND R.                          :    Hon. Denny Chin
SEIZINGER, MARTINE GEORGE and,                    :
MARCEL ROSENCZWEIG,                               :
                                                  :
               Defendants.                        :
----------------------------------------------------------- x
AUDREY DANG, Individually, and On Behalf         :
of All Others Similarly Situated,                :
                                                  :
                                                  :    Electronically Filed
               Plaintiff,                         :
                                                  :    Civil Action No.: 1:07-cv-07476-DC
       v.                                         :    (ECF Case)
                                                  :
GPC BIOTECH AG, BERND R.                          :    Hon. Denny Chin
SEIZINGER, MARTINE GEORGE and,                    :
MARCEL ROSENCZWEIG,                               :
                                                  :
               Defendants.                        :
----------------------------------------------------------- x

I, Christopher J. Keller, hereby certify, that on September 24, 2007, I electronically filed true and correct copies of the foregoing documents:

•       Motion of Axxion S.A. Luxemburg, on behalf of its Akrobat Fund-Value, for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

•       Memorandum of Law in Support of the Motion of Axxion S.A. Luxemburg, on behalf of its Akrobat Fund-Value, for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

•       Declaration of Alan I. Ellman in Support of the Motion of the Axxion S.A. Luxemburg, on behalf of its Akrobat Fund-Value, for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

nkaboolian@abbeyspanier.com; jtallon@shearman.com; john.scalzo@shearman.com

tpark@shearman.com; rstone@lawssb.com; esmith@brodsky-smith.com


/s/ _Christopher J. Keller_____
Christopher J. Keller (CK-2347