UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CORWIN on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　-v-<br><br>BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG, and GPC BIOTECH AG,<br><br>　　　　　　　Defendants. | Case No.: 07-CV-6728<br><br>ECF CASE |
| AUDREY DANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　Plaintiff,<br><br>　-v-<br><br>GPC BIOTECH AG, BERND SEIZINGER, MARTINE GEORGE, MARCEL ROZENCWEIG,<br><br>　　　　　　　Defendants. | Case No. 07-cv-07476-DC |
| ISTVAN TEMESFOI, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　-v-<br><br>GPC BIOTECH AG, BERND R. SEIZINGER, MARTINE GEORGE, and MARCEL ROSENCZWEIG,<br><br>　　　　　　　Defendants. | Case No. 07-cv-7016 |

**DECLARATION OF NANCY KABOOLIAN**

**IN SUPPORT OF THE GPC BIOTECH GROUP'S MOTION FOR THE CONSOLIDATION OF ALL RELATED CASES; TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

NANCY KABOOLIAN, pursuant to 28 U.S.C. § 746, declares as follows under pain and penalty of perjury under the laws of the United States:

1. I am a partner of the law firm of Abbey Spanier Rodd & Abrams, LLP counsel for Agamemnon Chua, Dhruvajyoti Biswas, Lars Koernig-Kron and Frank Von Tempelhoff (the "GPC Biotech Group"). I submit this declaration, together with the exhibits annexed hereto, in support of the GPC Biotech Group's motion to consolidate all related cases, to be appointed as Lead Plaintiff and for approval of Lead Plaintiff's' selection of Lead Counsel.

2. Annexed hereto as Exhibit A is a copy of a press release published on July 26, 2007 over the PRNewswire regarding the pendency of this action.

3. Annexed hereto as Exhibit B is true and correct copy of the Agamemnon Chua certification setting forth his relevant transactions in GPC Biotech AG common stock.

4. Annexed hereto as Exhibit C is true and correct copy of the Dhruvajyoti Biswas certification setting forth his relevant transactions in GPC Biotech AG common stock.

5. Annexed hereto as Exhibit D is true and correct copy of the Lars Koernig Kron certification setting forth his relevant transactions in GPC Biotech AG common stock.

6. Annexed hereto as Exhibit E is true and correct copy of the Frank Von Tempelhoff certification setting forth its relevant transactions in GPC Biotech AG common stock.

7. Annexed hereto as Exhibit F is a chart setting forth the GPC Biotech Group's losses in connection with his relevant transactions in GPC Biotech AG common stock.

8. Annexed hereto as Exhibit G is the firm biography of Abbey Spanier Rodd & Abrams, LLP.

Dated: September 24, 2007
      New York, New York

                                          /s/ Nancy Kaboolian
                                             Nancy Kaboolian