# EXHIBIT

# F

**Dhruvajyoti Biswas Losses**

| Date | Qty | Price | Total | Date | Qty | Price | Total | | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 6/5/2007 | 1,000 | $28.40 | $28,400.00 | 7/20/2007 | 2,000 | $21.39 | $42,780.00 | | |
| 6/12/2007 | 500 | $26.59 | $13,295.00 | 7/26/2007 | 3,000 | $12.60 | $37,800.00 | | |
| 6/14/2007 | 500 | $26.53 | $13,265.00 | | | | | | |
| 7/6/2007 | 500 | $29.32 | $14,660.00 | | | | | | |
| 7/9/2007 | 500 | $29.23 | $14,615.00 | | | | | | |
| 7/10/2007 | 500 | $28.40 | $14,200.00 | | | | | | |
| 7/18/2007 | 500 | $31.20 | $15,600.00 | | | | | | |
| 7/18/2007 | 500 | $30.95 | $15,475.00 | | | | | | |
| 7/19/2007 | 500 | $32.20 | $16,100.00 | | | | | | |
| | 5,000 | | $145,610.00 | | 5,000 | | $80,580.00 | | -$65,030.00 |

**Agamemnon Chua Losses**

| Date | Qty | Price | Total | Date | Qty | Price | Total | | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 6/12/2007 | 200 | $26.57 | $5,314.00 | Hold | 200 | $12.85 | $2,570.00 | | -$2,744.00 |

**Koernig Kron Losses**

| Date | Qty | Price | Total | Date | Qty | Price | Total | | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 7/3/2007 | 1,900 | € 21.73 | € 41,287.00 | Hold | 1,900 | € 9.15 | € 17,385.00 | | -€ 23,902.00 |

**Frank Von Tempelhoff Losses**

| Date | Qty | Price | Total | Date | Qty | Price | Total | | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2005 | 7,250 | € 10.03 | € 72,717.50 | 1/10/2006 | 6,750 | € 10.79 | € 72,832.50 | | |
| 1/13/2006 | 6,750 | € 10.80 | € 72,900.00 | 1/25/2006 | 7,450 | € 10.44 | € 77,778.00 | | |
| 1/18/2006 | 200 | € 10.71 | € 2,142.00 | 2/25/2006 | 6,000 | € 15.10 | € 90,600.00 | | |
| 1/31/2006 | 6,000 | € 12.20 | € 73,200.00 | 3/29/2006 | 6,300 | € 13.50 | € 85,050.00 | | |
| 2/27/2006 | 6,300 | € 15.03 | € 94,689.00 | 6/6/2006 | 6,400 | € 11.00 | € 70,400.00 | | |
| 3/31/2006 | 6,400 | € 13.20 | € 84,480.00 | 9/27/2006 | 6,460 | € 15.09 | € 97,481.40 | | |
| 6/7/2006 | 6,400 | € 11.00 | € 70,400.00 | 10/10/2006 | 6,550 | € 15.84 | € 103,752.00 | | |
| 8/18/2006 | 60 | € 10.90 | € 654.00 | 7/25/2007 | 6,400 | € 9.00 | € 57,600.00 | | |
| 9/28/2006 | 6,550 | € 14.86 | € 97,333.00 | | | | | | |
| 3/23/2007 | 6,400 | € 21.70 | € 138,880.00 | | | | | | |
| | 52,310 | | € 707,395.50 | | 52,310 | | € 655,493.90 | | -€ 51,901.60 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $12.85 | 90 day average price | | | | | | | | |
| € 9.15 | 90 day average price | | | | | | | | |