## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

I, Carolyn Davila, being duly sworn, deposes and says:

1. I am not a party to the action, over the age of 18 years, and am a legal secretary with the firm of Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, attorneys for plaintiffs.

2. On September 24, 2007, I caused a copy of the accompanying:

Notice Of Motion And Motion Of The GPC Biotech Group For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

Memorandum Of Points And Authorities In Support Of The GPC Biotech Group's Motion For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's' Selection Of Lead Counsel

Declaration Of Nancy Kaboolian In Support Of The GPC Biotech Group Motion For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

[Proposed] Order For the Consolidation of All Related Cases; For The Appointment Of Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Counsel

Affidavit Of Service

to be served upon the following persons/entities listed on the attached service list by U.S. mail and the ECF filing rules.

_____
Carolyn Davila

Sworn to before me this
24th day of September, 2007

_____
Notary Public

SUSAN LEE
Notary Public, State of New York
No. 01LE6074695
Qualified in Queens County
Commission Expires May 20, 20 10

## SERVICE LIST

**Plaintiffs' Counsel**

Evan J. Smith, Esq.
BRODSKY & SMITH LLC
240 Mineola Blvd.
Mineola, New York 11501
(516) 741-4977

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
Alison K. Clark, Esq.
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

Ralph M. Stone
Thomas G. Ciarlone, Jr.
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue
Suite 1000
New York, New York 10018
(212) 239-4340
Fax: (212) 239-4310

**Defendants' Counsel**

John C. Scalzo
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
(212) 848-4510
Fax: (646) 848-4510