UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ROBERT CORWIN, Individually, and On : 
Behalf of All Others Similarly Situated, :
: Electronically Filed
Plaintiff, :
: Civil Action No.: 1:07-cv-06728-DC
v. : (ECF Case)
:
BERND R. SEIZINGER, MARTINE : Hon. Denny Chin
GEORGE, MARCEL ROSENCZWEIG, and :
GPC BIOTECH AG, :
:
Defendants. :
------------------------------------------------------------ x

**<u>NOTICE OF CHANGE OF FIRM NAME AND ADDRESS</u>**

2

```
------------------------------------------------------- x
ISTVAN TEMESFOI, Individually, and On      :
Behalf of All Others Similarly Situated,   :
                                           :  Electronically Filed
              Plaintiff,                   :
                                           :  Civil Action No.: 1:07-cv-07016-DC
       v.                                  :  (ECF Case)
                                           :
GPC BIOTECH AG, BERND R. SEIZINGER,        :  Hon. Denny Chin
MARTINE GEORGE and, MARCEL                 :
ROSENCZWEIG,                               :
                                           :
              Defendants.                  :
------------------------------------------------------- x
AUDREY DANG, Individually, and On Behalf   :
of All Others Similarly Situated,          :
                                           :  Electronically Filed
              Plaintiff,                   :
                                           :  Civil Action No.: 1:07-cv-07476-DC
       v.                                  :  (ECF Case)
                                           :
GPC BIOTECH AG, BERND R. SEIZINGER,        :  Hon. Denny Chin
MARTINE GEORGE and, MARCEL                 :
ROSENCZWEIG,                               :
                                           :
              Defendants.                  :
------------------------------------------------------- x
```

PLEASE TAKE NOTICE that effective September 1, 2007, Labaton Sucharow & Rudoff LLP changed its name and relocated its offices from 100 Park Avenue, New York, New York 10017 to the following:

**Labaton Sucharow LLP**
**140 Broadway**
**New York, New York 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other Labaton Sucharow LLP attorneys remains unchanged.  All further pleadings and correspondence in this action should be sent to this address.

Dated: Oct. 10, 2007                                     Respectfully submitted,

**LABATON SUCHAROW LLP**

By:   */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Eric J. Belfi (EB-8895)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:    (212) 818-0477

*Attorneys for Axxion and Proposed Lead Counsel for the Class*

3