## <u>AFFIDAVIT OF SERVICE</u>

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

I, Carolyn Davila, being duly sworn, deposes and says:

1.    I am not a party to the action, over the age of 18 years, and am a legal secretary with the firm of Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, attorneys for plaintiffs.

2.    On October 12, 2007, I caused a copy of the accompanying:

MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE GPC BIOTECH GROUP'S MOTION TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Affidavit Of Service

to be served upon the following persons/entities listed on the attached service list by U.S. mail and the ECF filing rules.

Carolyn Davila

Sworn to before me this
12th day of October, 2007

Notary Public

NANCY KABOOLIAN
Notary Public, State Of New York
No. 01KA4742784
Qualified In New York County
Commission Expires March 30, 200L

## SERVICE LIST

### Plaintiffs' Counsel

Evan J. Smith, Esq.
BRODSKY & SMITH LLC
240 Mineola Blvd.
Mineola, New York  11501
(516) 741-4977

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
Alison K. Clark, Esq.
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

Ralph M. Stone
Thomas G. Ciarlone, Jr.
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue
Suite 1000
New York, New York  10018
(212) 239-4340
Fax: (212) 239-4310

### Defendants' Counsel

John C. Scalzo
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
(212) 848-4510
Fax: (646) 848-4510