UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
ROBERT CORWIN, Individually, and On :
Behalf of All Others Similarly Situated, :
: Electronically Filed
Plaintiff, :
: Civil Action No.: 1:07-cv-06728-DC
v. : (ECF Case)
:
BERND R. SEIZINGER, MARTINE : Hon. Denny Chin
GEORGE, MARCEL ROSENCZWEIG, :
and GPC BIOTECH AG, :
:
Defendants. :
------------------------------------------------------- x

*(Additional captions on the following pages)*

**CERTIFICATE OF SERVICE**

```
------------------------------------------------------- x
ISTVAN TEMESFOI, Individually, and On      :
Behalf of All Others Similarly Situated,   :
                                           :   Electronically Filed
              Plaintiff,                   :
                                           :   Civil Action No.: 1:07-cv-07016-DC
       v.                                  :   (ECF Case)
                                           :
GPC BIOTECH AG, BERND R.                   :   Hon. Denny Chin
SEIZINGER, MARTINE GEORGE and,             :
MARCEL ROSENCZWEIG,                        :
                                           :
              Defendants.                  :
------------------------------------------------------- x
AUDREY DANG, Individually, and On          :
Behalf of All Others Similarly Situated,   :
                                           :   Electronically Filed
              Plaintiff,                   :
                                           :   Civil Action No.: 1:07-cv-07476-DC
       v.                                  :   (ECF Case)
                                           :
GPC BIOTECH AG, BERND R.                   :   Hon. Denny Chin
SEIZINGER, MARTINE GEORGE and,             :
MARCEL ROSENCZWEIG,                        :
                                           :
              Defendants.                  :
------------------------------------------------------- x
```

I, Christopher J. Keller, hereby certify, that on October 12, 2007, I electronically filed true and correct copies of the foregoing documents:

- Memorandum of Law in Support of the Motion of Axxion S.A. Luxemburg, on behalf of its Akrobat Fund-Value, for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel, And in Opposition to the Other Movants

with the Clerk of the Court using the ECF system which will send notification to the following:

nkaboolian@abbeyspanier.com; jtallon@shearman.com;

john.scalzo@shearman.com

tpark@shearman.com; rstone@lawssb.com; esmith@brodsky-smith.com

/s/ Christopher J. Keller
Christopher J. Keller (CK-2347