Ralph M. Stone
Thomas G. Ciarlone, Jr.
Amanda C. Scuder
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340
Fax (212) 239-4310

*Attorneys for Movants and*
*[Proposed] Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CORWIN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG,<br><br>    Defendants. | CASE NO. 07 CV 6728<br><br>*Document Electronically Filed* |
| ISTVÀN TEMESFOI, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG,<br><br>    Defendants. | CASE NO. 07 CV 7016<br><br>*Document Electronically Filed* |

| | |
|---|---|
| AUDREY DANG, Individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG,<br><br>                Defendants. | CASE NO. 07 CV 7476<br><br>*Document Electronically Filed* |

**Declaration of Bernd Jochem In Support of
The Temesfoi Lead Plaintiff Group's Opposition to
Competing Lead Plaintiff Motions**

BERND JOCHEM, under penalty of perjury hereby declares:

1. I am a partner of Rotter Rechtsanwaelte Partnerschaft, a law firm based in the greater Munich area.

2. I have reviewed the Akrobat Funds' ("Akrobat") Annual and Semi-Annual reports, as well as other corporate documents relating to the structure and organization of Akrobat. These items are available on the website of Axxion (www.axxion.lu).

3. According to these documents, Akrobat is a single umbrella fund with two parts, the Akrobat Fund-Value and Akrobat Fund-Europa.

4. According to fund documents available on Axxion's website, Akrobat Fund-Europa held 315,135 shares of GPC securities as of June 30, 2006, 585,135 shares of GPC securities as of December 31, 2006. The June 30, 2006 report is available from a historical record of Axxion's website.

Executed under penalty of perjury under the laws of the United States this 11th day of October, 2007, at Grunwald bei Munich, Germany.

_____
Bernd Jochem