UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CORWIN, Individually, and On Behalf of All Others Similarly Situated, | |
| | Electronically Filed |
| Plaintiff, | |
| | Civil Action No.: 1:07-cv-06728-DC |
| v. | (ECF Case) |
| | |
| BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG, and GPC BIOTECH AG, | Hon. Denny Chin |
| | |
| Defendants. | |

*(Additional captions on the following pages)*

**CERTIFICATE OF SERVICE**

```
------------------------------------------------------- x
ISTVAN TEMESFOI, Individually, and On    :
Behalf of All Others Similarly Situated, :
                                         :   Electronically Filed
              Plaintiff,                 :
                                         :   Civil Action No.: 1:07-cv-07016-DC
     v.                                  :   (ECF Case)
                                         :
GPC BIOTECH AG, BERND R.                 :   Hon. Denny Chin
SEIZINGER, MARTINE GEORGE and,           :
MARCEL ROSENCZWEIG,                      :
                                         :
              Defendants.                :
------------------------------------------------------- x
AUDREY DANG, Individually, and On        :
Behalf of All Others Similarly Situated, :
                                         :   Electronically Filed
              Plaintiff,                 :
                                         :   Civil Action No.: 1:07-cv-07476-DC
     v.                                  :   (ECF Case)
                                         :
GPC BIOTECH AG, BERND R.                 :   Hon. Denny Chin
SEIZINGER, MARTINE GEORGE and,           :
MARCEL ROSENCZWEIG,                      :
                                         :
              Defendants.                :
------------------------------------------------------- x
```

I, Christopher J. Keller, hereby certify, that on October 22, 2007, I electronically filed true and correct copies of the foregoing documents:

- Reply Memorandum of Law in Support of the Motion of Axxion S.A. Luxemburg, on behalf of its Akrobat Fund-Value, for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

- Exhibit 1

- Certificate of Service

with the Clerk of the Court using the ECF system which will send notification to the following:

nkaboolian@abbeyspanier.com; jtallon@shearman.com;

john.scalzo@shearman.com; ckeller@labaton.com

tpark@shearman.com; rstone@lawssb.com; esmith@brodsky-smith.com

/s/ Christopher J. Keller
Christopher J. Keller (CK-2347)