UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
ROBERT CORWIN, Individually, and On :
Behalf of All Others Similarly Situated, :
                                                        :     Electronically Filed
                                                        :
                          Plaintiff,                    :
                                                        :     Civil Action No.: 1:07-cv-06728-DC
              v.                                        :     (ECF Case)
                                                        :
BERND R. SEIZINGER, MARTINE                             :     Hon. Denny Chin
GEORGE, MARCEL ROSENCZWEIG,                             :
and GPC BIOTECH AG,                                     :
                                                        :
                          Defendants.                   :
------------------------------------------------------- x

*(Additional captions on the following pages)*

**NOTICE OF APPEARANCE**

------------------------------------------------------- x
ISTVAN TEMESFOI, Individually, and On  :
Behalf of All Others Similarly Situated, :
                                                        : Electronically Filed
             Plaintiff, :
                                                        : Civil Action No.: 1:07-cv-07016-DC
            v. : (ECF Case)
   :
GPC BIOTECH AG, BERND R. : Hon. Denny Chin
SEIZINGER, MARTINE GEORGE and, :
MARCEL ROSENCZWEIG, :
   :
             Defendants. :
------------------------------------------------------- x
AUDREY DANG, Individually, and On :
Behalf of All Others Similarly Situated, :
   : Electronically Filed
             Plaintiff, :
   : Civil Action No.: 1:07-cv-07476-DC
            v. : (ECF Case)
   :
GPC BIOTECH AG, BERND R. : Hon. Denny Chin
SEIZINGER, MARTINE GEORGE and, :
MARCEL ROSENCZWEIG, :
   :
            Defendants. :
------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Movant Axxion S.A. Luxemburg.

    I certify that I am admitted to practice in this Court.

Dated: December 26, 2007
       New York, New York

                        Respectfully submitted,

                        LABATON SUCHAROW LLP

                        By: ___/s/ Ira A. Schochet_____
                              Ira A. Schochet (IS-2187)
                              140 Broadway
                              New York, New York 10005
                              Telephone: (212) 907-0700
                              Facsimile: (212) 818-0477

                        *Counsel for Movant Axxion S.A.*
                        *Luxemburg and Proposed Lead*
                        *Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2007, I caused the following to be electronically filed:

(i)   Notice of Appearance for Ira A. Schochet

with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following parties:

Nancy Kaboolian
nkaboolian@abbeyspanier.com

Christopher J. Keller
ckeller@labaton.com,ElectronicCaseFiling@labaton.com

Tai Hyun Park
tpark@shearman.com

John Christian Scalzo
john.scalzo@shearman.com

James Patrick Tallon , II
jtallon@shearman.com


　　　　　　　　　　　　　　　　　　　　　　___/s/  Ira A. Schochet_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Ira A. Schochet