Ralph M. Stone (rstone@lawssb.com)
Thomas G. Ciarlone, Jr. (tciarlone@lawssb.com)
Amanda C. Scuder (ascuder@lawssb.com)
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

*Attorneys for Plaintiff and*
*[Proposed] Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CORWIN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG,<br><br>            Defendants. | CASE NO. 07 CV 6728<br><br>*Document Electronically Filed* |

*(Additional Captions on the Following Page)*

**NOTICE OF APPEARANCE**

| | |
|---|---|
| ISTVÀN TEMESFOI, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG,<br><br>          Defendants. | CASE NO. 07 CV 7016<br><br>*Document Electronically Filed* |
| AUDREY DANG, Individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG,<br><br>          Defendants. | CASE NO. 07 CV 7476<br><br>*Document Electronically Filed* |

PLEASE TAKE NOTICE that Ralph M. Stone, Thomas G. Ciarlone, Jr., and Amanda C. Scuder hereby enter their appearances as counsel for Plaintiff/Movant Istvan Temesfoi in each of the above-captioned actions, and request service of all papers.

DATED: January 2, 2008                Respectfully submitted,

SHALOV STONE BONNER & ROCCO LLP


By: /s/ Thomas G. Ciarlone.
    Ralph M. Stone (rstone@lawssb.com)
    Thomas G. Ciarlone (tciarlone@lawssb.com)
    Amanda C. Scuder (ascuder@lawssb.com)

485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

*Attorneys for Plaintiff and*
*[Proposed] Lead Counsel for the Class*