UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
ROBERT CORWIN, on behalf of himself and
all others similarly situated,

       Plaintiff,

  -against-

BERND R. SEIZINGER, MARTINE
GEORGE, MARCEL ROSENCZWIG, and
GPC BIOTECH AG,

       Defendants.
------------------------------------------------ X

Civil Action: 07-CV-6728 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/07

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, New York 10178 be and hereby is substituted in place of Shearman & Sterling LLP as attorneys for defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rosenczwig in this action.

Dated: December 5, 2007

MORGAN, LEWIS & BOCKIUS LLP
By: _____
Bernard J. Garbutt III (BG-1970)
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000

SHEARMAN & STERLING LLP
By: _____
James P. Tallon, II (JP-7886)
599 Lexington Avenue
New York, New York 10002
Telephone: 212-848-4000

SO ORDERED
this ____ day of December, 2007

_____
Honorable Denny Chin
United States District Judge

1/8/08