UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
ROBERT CORWIN, on behalf of himself and : all others similarly situated,

       *Plaintiff,*

  -against-

BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWIG, and GPC BIOTECH AG,

       *Defendants.*

------------------------------------- X

Civil Action: 07-CV-6728 (DC)

(ECF Case)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in the above-captioned action on behalf of Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George and Marcel Rozencweig and requests that service of all papers herein be made upon the undersigned at the address set forth below.

Dated: New York, New York
      January 8, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Bernard J. Garbutt III (BG-1970)
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George and Marcel Rozencweig*

1-NY/2257328.1