UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
IN RE GPC BIOTECH AG SECURITIES                         :  Civil Action No.: 1:07-cv-06728 (DC)
LITIGATION                                              :
                                                        :
                                                        :
------------------------------------------------------- x

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Lead Plaintiff Axxion S.A. Luxemburg.

I certify that I am admitted to practice in this Court.

Dated:  January 16, 2008
        New York, New York

                                            Respectfully submitted,

                                            LABATON SUCHAROW LLP


                                            By:    /s/ Michael W. Stocker
                                            Michael W. Stocker (MS-1309)
                                            140 Broadway
                                            New York, New York 10005
                                            Telephone: (212) 907-0700
                                            Facsimile: (212) 818-0477

                                            *Counsel for Lead Plaintiff Axxion*
                                            *S.A. Luxemburg and Lead Counsel*
                                            *for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008, I caused the following to be electronically filed:

(i)   Notice of Appearance for Michael W. Stocker

with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following parties:

Thomas George Ciarlone, Jr.
tciarlone@lawssb.com

Bernard J. Garbutt, III
bgarbutt@morganlewis.com

Nancy Kaboolian
nkaboolian@abbeyspanier.com

Christopher J. Keller
ckeller@labaton.com

Ira A. Schochet
ischochet@labaton.com

Amanda Claire Scuder
ascuder@lawssb.com

Ralph M. Stone
rstone@lawssb.com

I hereby certify that I sent a copy of the Notice of Appearance for Michael W. Stocker to the following party via U.S. mail:

Evan Smith
Brodsky & Smith, L.L.C.
240 Mineola Boulevard
Mineola, NY 11501

          /s/  Michael W. Stocker          
                 Michael W. Stocker