```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------- x
IN RE GPC BIOTECH AG SECURITIES      :   Civil Action No.: 1:07-cv-06728 (DC)
LITIGATION                           :
                                     :
--------------------------------- x

### STIPULATION AND [PROPOSED] SCHEDULING ORDER

WHEREAS, on January 8, 2008, the Court appointed Axxion S.A. Luxemburg ("Axxion" or "Lead Plaintiff") to serve as Lead Plaintiff for the Class and approved its selection of Labaton Sucharow LLP to serve as Lead Counsel for the Class ("Lead Counsel");

WHEREAS, Lead Counsel met and conferred with counsel for defendants GPC Biotech AG, Bernd R. Seizinger, M.D., Ph.D., Martine George, M.D., and Marcel Rozencweig, M.D. (collectively, "Defendants"), and agreed upon the following [proposed] schedule for Lead Plaintiff to file a consolidated class action complaint (the "Consolidated Complaint") and for Defendants to move, answer or otherwise respond to the Consolidated Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for Lead Plaintiff and counsel for Defendants GPC Biotech AG, Bernd R. Seizinger, M.D., Ph.D., Martine George, M.D., and Marcel Rozencweig, M.D. (collectively, the "Defendants"), that:

1. Lead Plaintiff shall file the Consolidated Complaint by no later than March 12, 2008;

2. Defendants shall file any motion, answer, or other response to the Consolidated Complaint by no later than May 14, 2008;

3. Lead Plaintiff shall file an Opposition to Defendants' Motion to Dismiss, if any, by no later than June 30, 2008; and

4.  Defendants shall file a Reply to Lead Plaintiffs' Opposition to Defendants'

Motion to Dismiss, if any, by no later than August 8, 2008.

Dated: New York, New York
January 11, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Bernard J. Garbutt III
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6084
Fax: (212) 309-6001

*Attorneys for Defendants*
*GPC Biotech AG, Bernd R. Seizinger,*
*Martine George, and Marcel Rozencweig*

LABATON SUCHAROW LLP

By: _____
Ira A. Schochet
Christopher J. Keller
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Lead Counsel for the Class*

IT IS SO ORDERED this 18th day of Jan., 2008

_____
Honorable Denny Chin
United States District Judge

689216 v1
[1/11/2008 12:18]

2