UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :  ECF Case
IN RE GPC BIOTECH AG SECURITIES  :
LITIGATION                                  :  07-CV-06728 (DC)
                                              :
------------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Defendants GPC Biotech AG, Bernd R. Seizinger, M.D., Ph.D., Martine George, M.D., and Marcel Rozencweig, M.D., through their counsel herein, move this Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting Marc Sonnenfeld, Esq. *pro hac vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned action.

|  |  |
|---|---|
| Applicant's Name: | Marc Sonnenfeld, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5000 |
| Fax Number: | (215) 963-5001 |
| Email Address: | msonnenfeld@morganlewis.com |

In support of this motion, Defendants submit herewith the affirmation of Bernard J. Garbutt III, dated February 7, 2008.

Dated:   New York, New York
         February 7, 2008

                                              MORGAN, LEWIS & BOCKIUS LLP

                                              By: _____
                                                  Bernard J. Garbutt III
                                                  101 Park Avenue
                                                  New York, New York 10178
                                                  Tel: 212.309.6000

                                              *Attorneys for Defendants
                                              GPC Biotech AG, Bernd R. Seizinger, Martine
                                              George, and Marcel Rozencweig*

1-NY/2276624.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                          :   ECF Case
IN RE GPC BIOTECH AG SECURITIES          :
LITIGATION                                                :   07-CV-06728 (DC)
                                                          :
                                                          :
-------------------------------------------------------------x

## AFFIRMATION OF BERNARD J. GARBUTT III
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

BERNARD J. GARBUTT III, an attorney admitted to practice law in the United States District Court for the Southern District of New York, hereby affirms the truth of the following under penalty of perjury:

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants GPC Biotech AG, Bernd Seizinger, Martine George, and Marcel Rozencweig in the above-captioned action. I make this affirmation in support of the motion to admit Marc Sonnenfeld, Esq. as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 15, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Sonnenfeld since approximately 2000.

4. Mr. Sonnenfeld is a colleague of mine from our Philadelphia office.

5. Mr. Sonnenfeld has been a member of the bars of: the State of Pennsylvania since 1971, the Commonwealth of Massachusetts since 1971, the District of Columbia since 1977,

1-NY/2276701.1

and the State of Florida since 1988, and is a member in good standing of each of those bars. Mr. Sonnenfeld's certificates of good standing are attached hereto as Exhibit A.

6. I have found Mr. Sonnenfeld to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am pleased to move the admission of Marc Sonnenfeld, Esq. *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Marc Sonnenfeld, Esq. *pro hac vice*, which is attached hereto as Exhibit B.

**WHEREFORE** it is respectfully requested that the motion to admit Marc Sonnenfeld, Esq. *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

Dated:   New York, New York
         February 7, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Bernard J. Garbutt III
    101 Park Avenue
    New York, New York 10178
    Tel: 212.309.6000

*Attorneys for Defendants*
*GPC Biotech AG, Bernd Seizinger,*
*Martine George, and Marcel*
*Rozencweig*

- 2 -



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Marc J. Sonnenfeld, Esq.*

**DATE OF ADMISSION**

*November 17, 1971*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 31, 2008

Patricia A. Johnson
Chief Clerk

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **November** A.D. **1971**, said Court being the highest Court of Record in said Commonwealth:

**Marc J. Sonnenfeld**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **January** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D.C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

    Marc J. Sonnenfeld

was on the  13th  day of  May, 1977  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 11, 2008.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>            Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

I, THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

## MARC JAY SONNENFELD

was admitted as an Attorney and Counselor entitled to practice law in all the Courts of the State of Florida on **December 27, 1988**, is presently in good standing; however, said attorney is CLER exempt and is not eligible to practice law in the State of Florida. The private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this January 10, 2008.

*[signature]*
Clerk of the Supreme Court of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
IN RE GPC BIOTECH AG SECURITIES      :   07 Civ. 6728 (DC)
LITIGATION                                         :
:
------------------------------------------------------------x

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE

Upon the motion of Morgan, Lewis & Bockius LLP, attorneys herein for Defendants GPC Biotech AG, Bernd Seizinger, Martine George, and Marcel Rozencweig, and the Affirmation of Bernard J. Garbutt III, dated February 7, 2008 in support thereof:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Marc Sonnenfeld, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5000 |
| Fax Number: | (215) 963-5001 |
| Email Address: | msonnenfeld@morganlewis.com |

is admitted to practice *pro hac vice* as counsel for Defendants GPC Biotech AG, Bernd Seizinger, Martine George, and Marcel Rozencweig in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:   New York, New York
         February __, 2008

_____
DENNY CHIN
United States District Judge

1-NY/2276735.1

## CERTIFICATE OF SERVICE

I, Namita E. Mani, hereby certify that on February 8, 2008, I caused true and correct copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, and the accompanying affirmation of Bernard J. Garbutt III, to be served to the following via U.S. Mail:

Christopher J. Keller, Esq.  
Labaton Sucharow LLP  
140 Broadway  
New York, NY 10005

Ira Schochet, Esq.  
Labaton Sucharow LLP  
140 Broadway  
New York, NY 10005

Michael Walter Stocker, Esq.  
Labaton Sucharow LLP  
140 Broadway  
New York, NY 10005

Nancy Kaboolian, Esq.  
Abbey Spanier Rodd & Abrams, LLP  
212 East 39th Street  
New York, NY 10016

Amanda Claire Scuder, Esq.  
Shalov Stone Bonner & Rocco LLP  
485 Seventh Avenue, Suite 1000  
New York, NY 10018

Ralph M. Stone, Esq.  
Shalov Stone Bonner & Rocco LLP  
485 Seventh Avenue, Suite 1000  
New York, NY 10018

Thomas George Ciarlone, Jr., Esq.  
Shalov Stone Bonner & Rocco LLP  
485 Seventh Avenue, Suite 1000  
New York, NY 10018

Evan Smith, Esq.  
Brodsky & Smith, L.L.C.  
240 Mineola Boulevard  
Mineola, NY 11501

Dated: New York, New York  
February 8, 2008

Namita E. Mani