UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :   ECF Case
IN RE GPC BIOTECH AG SECURITIES                             :
LITIGATION                                                  :   07-CV-06728 (DC)
                                                            :
                                                            :
------------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Defendants GPC Biotech AG, Bernd R. Seizinger, M.D., Ph.D., Martine George, M.D., and Marcel Rozencweig, M.D., through their counsel herein, move this Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting William Quinn, Jr., Esq. *pro hac vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned action.

|                    |                              |
|--------------------|------------------------------|
| Applicant's Name:  | William Quinn, Jr., Esq.     |
| Firm Name:         | Morgan, Lewis & Bockius LLP  |
| Address:           | 1701 Market Street           |
| City/State/Zip:    | Philadelphia, PA 19103       |
| Phone Number:      | (215) 963-5000               |
| Fax Number:        | (215) 963-5001               |
| Email Address:     | wquinn@morganlewis.com       |

In support of this motion, Defendants submit herewith the affirmation of Bernard J. Garbutt III, dated February 12, 2008.

Dated:   New York, New York
         February 12, 2008

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        By: _____
                                            Bernard J. Garbutt III
                                            101 Park Avenue
                                            New York, New York 10178
                                            Tel: 212.309.6000

                                        *Attorneys for Defendants*
                                        *GPC Biotech AG, Bernd R. Seizinger, Martine*
                                        *George, and Marcel Rozencweig*

1-NY/2277684.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:    ECF Case
IN RE GPC BIOTECH AG SECURITIES       :
LITIGATION                             :    07-CV-06728 (DC)
:
------------------------------------------------------------x

**AFFIRMATION OF BERNARD J. GARBUTT III
IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

BERNARD J. GARBUTT III, an attorney admitted to practice law in the United States District Court for the Southern District of New York, hereby affirms the truth of the following under penalty of perjury:

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig in the above-captioned action. I make this affirmation in support of the motion to admit William Quinn, Jr., Esq. as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 15, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Quinn since approximately 2003.

4  Mr. Quinn is a colleague of mine from our Philadelphia office.

5. Mr. Quinn has been a member of the bar of the Commonwealth of Pennsylvania since 1983. Mr. Quinn's certificate of good standing is attached hereto as Exhibit A.

6. I have found Mr. Quinn to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

1-NY/2277683.1

7.  Accordingly, I am pleased to move the admission of William Quinn, Jr., Esq. *pro hac vice*.

8.  I respectfully submit a proposed order granting the admission of William Quinn, Jr., Esq. *pro hac vice*, which is attached hereto as Exhibit B.

**WHEREFORE** it is respectfully requested that the motion to admit William Quinn, Jr., Esq. *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

Dated:   New York, New York
         February 12, 2008

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        By: _____
                                        Bernard J. Garbutt III
                                        101 Park Avenue
                                        New York, New York 10178
                                        Tel: 212.309.6000

                                        *Attorneys for Defendants*
                                        *GPC Biotech AG, Bernd Seizinger,*
                                        *Martine George, and Marcel*
                                        *Rozencweig*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*William Paul Quinn, Jr., Esq.*

### DATE OF ADMISSION

*October 25, 1983*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 31, 2008

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                          :
IN RE GPC BIOTECH AG SECURITIES           :    07 Civ. 6728 (DC)
LITIGATION                                :
                                          :
                                          :
-----------------------------------------------------------x

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE

Upon the motion of Morgan, Lewis & Bockius LLP, attorneys herein for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig, and the Affirmation of Bernard J. Garbutt III, dated February 12, 2008 in support thereof:

**IT IS HEREBY ORDERED** that:

|  |  |
|---|---|
| Applicant's Name: | William Quinn, Jr., Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5000 |
| Fax Number: | (215) 963-5001 |
| Email Address: | wquinn@morganlewis.com |

is admitted to practice *pro hac vice* as counsel for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:   New York, New York
         February ___, 2008

                                              _____
                                              DENNY CHIN
                                              United States District Judge

1-NY/2277685.1

# CERTIFICATE OF SERVICE

I, Namita E. Mani, hereby certify that on February 13, 2008, I caused true and correct copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, and the accompanying affirmation of Bernard J. Garbutt III, to be served to the following via U.S. Mail:

Christopher J. Keller, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Ira Schochet, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Michael Walter Stocker, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Nancy Kaboolian, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

Amanda Claire Scuder, Esq.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Ralph M. Stone, Esq.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Thomas George Ciarlone, Jr., Esq.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Evan Smith, Esq.
Brodsky & Smith, L.L.C.
240 Mineola Boulevard
Mineola, NY 11501

Dated: New York, New York
February 13, 2008

/s/ Namita E. Mani
Namita E. Mani

1-NY/2278689.1