UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:  ECF Case
IN RE GPC BIOTECH AG SECURITIES  :
LITIGATION  :  07-CV-06728 (DC)
:
------------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Defendants GPC Biotech AG, Bernd R. Seizinger, M.D., Ph.D., Martine George, M.D., and Marcel Rozencweig, M.D., through their counsel herein, move this Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting Karen Pohlmann, Esq. *pro hac vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned action.

|  |  |
|---|---|
| Applicant's Name: | Karen Pohlmann, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5000 |
| Fax Number: | (215) 963-5001 |
| Email Address: | kpohlmann@morganlewis.com |

In support of this motion, Defendants submit herewith the affirmation of Bernard J. Garbutt III, dated February 12, 2008.

Dated:   New York, New York
         February 12, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Bernard J. Garbutt III
101 Park Avenue
New York, New York 10178
Tel: 212.309.6000

*Attorneys for Defendants*
*GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig*

1-NY/2277679.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                          :      ECF Case

IN RE GPC BIOTECH AG SECURITIES    :
LITIGATION                                                :      07-CV-06728 (DC)
                                                          :
------------------------------------------------------------x

### AFFIRMATION OF BERNARD J. GARBUTT III
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

BERNARD J. GARBUTT III, an attorney admitted to practice law in the United States District Court for the Southern District of New York, hereby affirms the truth of the following under penalty of perjury:

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig in the above-captioned action. I make this affirmation in support of the motion to admit Karen Pohlmann, Esq. as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 15, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ms. Pohlmann since approximately 1995.

4. Ms. Pohlmann is a colleague of mine from our Philadelphia office.

5. Ms. Pohlmann has been a member of the bars of the Commonwealth of Pennsylvania and the State of New Jersey since 1990. Ms. Pohlmann's certificates of good standing are attached hereto as Exhibit A.

1-NY/2277680.1

6. I have found Ms. Pohlmann to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am pleased to move the admission of Karen Pohlmann, Esq. *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Karen Pohlmann, Esq. *pro hac vice*, which is attached hereto as Exhibit B.

**WHEREFORE** it is respectfully requested that the motion to admit Karen Pohlmann, Esq. *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

Dated:    New York, New York
          February 12, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Bernard J. Garbutt III
101 Park Avenue
New York, New York 10178
Tel: 212.309.6000

*Attorneys for Defendants
GPC Biotech AG, Bernd Seizinger,
Martine George, and Marcel
Rozencweig*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Karen A. Pieslak Pohlmann, Esq.*

DATE OF ADMISSION

*December 14, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 31, 2008

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **KAREN ANNE POHLMAN** (No. **014661990**) was constituted and appointed an Attorney at Law of New Jersey on **December 20, 1990** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **16TH** day of **January**, 20 **08**

_____
Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
IN RE GPC BIOTECH AG SECURITIES            :    07 Civ. 6728 (DC)
LITIGATION                                                  :
                                                            :
                                                            :
------------------------------------------------------------x

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE

Upon the motion of Morgan, Lewis & Bockius LLP, attorneys herein for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig, and the Affirmation of Bernard J. Garbutt III, dated February 12, 2008 in support thereof:

**IT IS HEREBY ORDERED** that:

|  |  |
|---|---|
| Applicant's Name: | Karen Pohlmann, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5000 |
| Fax Number: | (215) 963-5001 |
| Email Address: | kpohlmann@morganlewis.com |

is admitted to practice *pro hac vice* as counsel for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:   New York, New York
         February ___, 2008

                                                          _____
                                                          DENNY CHIN
                                                          United States District Judge

1-NY/2277678.1

## CERTIFICATE OF SERVICE

I, Namita E. Mani, hereby certify that on February 13, 2008, I caused true and correct copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, and the accompanying affirmation of Bernard J. Garbutt III, to be served to the following via U.S. Mail:

Christopher J. Keller, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Ira Schochet, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Michael Walter Stocker, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Nancy Kaboolian, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

Amanda Claire Scuder, Esq.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Ralph M. Stone, Esq.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Thomas George Ciarlone, Jr., Esq.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Evan Smith, Esq.
Brodsky & Smith, L.L.C.
240 Mineola Boulevard
Mineola, NY 11501

Dated: New York, New York
February 13, 2008

Namita E. Mani