UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GPC BIOTECH AG SECURITIES LITIGATION | Civil Action No.: 07-cv-06728 (DC) |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this litigation for Plaintiffs Agamemnon Chua, Lars Koernig-Kron, and Dhruvajyoti Biswas.

I certify that I am admitted to practice in this Court.

Dated: March 6, 2008

Respectfully submitted,

ABBEY SPANIER RODD &
ABRAMS, LLP

By: /s/ Richard B. Margolies
    Richard B. Margolies (RM-9311)
rmargolies@abbeyspanier.com
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I caused the following to be electronically filed:

(i) Notice of Appearance for Richard B. Margolies

with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following parties:

Bernard J. Garbutt, III
bgarbutt@morganlewis.com

Michael W. Stocker
mstocker@labaton.com

Christopher J. Keller
ckeller@labaton.com

Ira A. Schochet
ischochet@labaton.com

Amanda Claire Scuder
ascuder@lawssb.com

Ralph M. Stone
rstone@lawssb.com

Thomas George Ciarlone, Jr.
tciarlone@lawssb.com

I hereby certify that I sent a copy of the Notice of Appearance for Richard B. Margolies to the following party via U.S. Mail:

Evan Smith
Brodsky & Smith LLC
240 Mineola Blvd.
Mineola, New York 11501

/s/ Richard B. Margolies
Richard B. Margolies