DOC # 44   RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:   ECF Case
IN RE GPC BIOTECH AG SECURITIES    :
LITIGATION                          :   07-CV-06728 (DC)    **SCANNED**
:
:
------------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Defendants GPC Biotech AG, Bernd R. Seizinger, M.D., Ph.D., Martine George, M.D., and Marcel Rozencweig, M.D., through their counsel herein, move this Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting William Quinn, Jr., Esq. *pro hac vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned action.

| | |
|---|---|
| Applicant's Name: | William Quinn, Jr., Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5000 |
| Fax Number: | (215) 963-5001 |
| Email Address: | wquinn@morganlewis.com |

FILED U.S. DISTRICT COURT S.D. OF N.Y. 2008 FEB 20 AM 6:56

In support of this motion, Defendants submit herewith the affirmation of Bernard J. Garbutt III, dated February 12, 2008.

Dated:   New York, New York
          February 12, 2008

SDNY ENT ONICALLY FILED

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Bernard J. Garbutt III
101 Park Avenue
New York, New York 10178
Tel: 212.309.6000

*Attorneys for Defendants*
*GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig*

RECEIVED FEB 27 2008 JUDGE CHIN'S CHAMBERS

APPLICATION GRANTED.
SO ORDERED
_____
Denny Chin, U.S.D.J.   3/3/08

1-NY/2277684.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
IN RE GPC BIOTECH AG SECURITIES         :    07 Civ. 6728 (DC)
LITIGATION                                                  :
                                                            :
------------------------------------------------------------x

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE

Upon the motion of Morgan, Lewis & Bockius LLP, attorneys herein for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig, and the Affirmation of Bernard J. Garbutt III, dated February 12, 2008 in support thereof:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | William Quinn, Jr., Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5000 |
| Fax Number: | (215) 963-5001 |
| Email Address: | wquinn@morganlewis.com |

is admitted to practice *pro hac vice* as counsel for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rozencweig in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:   New York, New York
         February ___, 2008
         3/3/08

                                            _____
                                            DENNY CHIN
                                            United States District Judge

1-NY/2277685.1