UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
IN RE GPC BIOTECH AG                                     :
SECURITIES LITIGATION                                    :    Civil Action No.: 1:07-cv-06728 (DC)
                                                         :
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Michael W. Stocker, hereby certify that on March 12, 2008, I caused a copy of the

Plaintiffs' Consolidated Class Action Complaint to be served upon the following counsel for

defendants by Federal Express:

Bernard J. Garbutt, III
Morgan, Lewis and Bockius LLP (NY)
101 Park Avenue
New York, NY 10178
212-309-6000

James Patrick Tallon, II
Shearman & Sterling LLP (New York)
599 Lexington Avenue
New York, NY 10022
212 848-4650

John Christian Scalzo
Shearman & Sterling LLP (New York)
599 Lexington Avenue
New York, NY 10022
(212)-848-4510

Karen Pohlmann
Morgan, Lewis & Bockius
LLP(Philadelphia)
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Marc Sonnenfeld
Morgan, Lewis & Bockius
LLP(Philadelphia)
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Tai Hyun Park
Shearman & Sterling LLP (New York)
599 Lexington Avenue
New York, NY 10022
(212) 848-5364

William P. Quinn
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000



_____
Michael W. Stocker