UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
IN RE GPC BIOTECH AG                  :    Civil Action No.: 1:07-cv-06728 (DC)
SECURITIES LITIGATION                 :
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Michael W. Stocker, hereby certify that on May 1, 2008, I caused a copy of the Plaintiffs' Consolidated Class Action Complaint to be served upon the following counsel for defendants by Federal Express:

Bernard J. Garbutt, III
Morgan, Lewis and Bockius LLP (NY)
101 Park Avenue
New York, NY 10178
212-309-6000

_____
Michael W. Stocker

693423 v1
[3/12/2008 14:27]