# EXHIBIT 4



14 February 2007
Europe/Germany
**Equity Research**
Biotechnology (Biotechnology & Biopharmaceuticals) / OVERWEIGHT

# GPC Biotech (GPCG.DE)

| Rating | OUTPERFORM* |
|---|---|
| Price (13 Feb 07) | 22.60 (Eu) |
| Target price (12M) | 25.00 (Eu) |
| Market cap. (Eu m) | 751.74 |
| Enterprise value (Eu m) | 751.74 |

*Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.*

**Research Analysts**

Ravi Mehrotra
44 20 7888 0864
ravi.mehrotra@credit-suisse.com

Andrew Sinclair
44 20 7888 2019
andrew.sinclair@credit-suisse.com

Thomas Bedford
44 20 7888 0153
thomas.bedford@credit-suisse.com

Ian Hilliker
44 20 7888 0142
ian.hilliker@credit-suisse.com

Dara Henry
44 20 7883 5550
dara.henry@credit-suisse.com

**CATALYST ALERT**

## Two catalyst points due next week

- **Catalyst:** We anticipate 2 catalyst events for GPC Biotech next week;

(1) The presentation of (further) selective data from Satraplatin's pivotal SPARC trial at the ASCO Prostate Cancer Symposium on Friday 23 February.

(2) The completion of the NDA filing (previously guided for "by the end of January").

We expect even further (and probably the bulk) of data from the SPARC trial to be presented at the main ASCO meeting (1-5 June 2007).

- **View:** We think these events will remind investors of the potential of Satraplatin and could drive significant near term stock price performance. GPC Biotech remains one of our key picks within our biotech coverage universe and in particular, we highlight the underappreciated potential of Satraplatin in 1st line HRPC (as detailed in our note 05 January 2007). GPC biotech remains a rarity in the European biotech space, with a (US) un-partnered drug with significant market potential (we estimate Satraplatin peak sales of €680m in 2014 with further upside from more extensive 1st line HRPC usage, as well as use in other tumour types, with radiation therapy and in combination with other agents) and a potential H2:07 launch (assuming a priority review).

### Share price performance



— Price  —— Price relative

*The price relative chart measures performance against the Europe Dow Jones Stoxx index which closed at 410.24 on 13/02/07*
*On 13/02/07 the spot exchange rate was Eu 0.77 /US$1*

| Performance over | 1M | 3M | 12M |
|---|---|---|---|
| Absolute (%) | 11.7 | 41.7 | 86.6 |
| Relative (%) | 9.2 | 33.8 | 58.1 |

### Financial and valuation metrics

| Year | 12/04A | 12/05A | 12/06E | 12/07E |
|---|---|---|---|---|
| Revenue (Eu m) | 12.6 | 9.3 | 22.0 | 27.6 |
| EBITDA (Eu m) | — | — | — | — |
| Net income (Eu m) | -39.7 | -62.2 | -63.0 | -61.7 |
| CS adj. EPS (Eu) | -1.59 | -2.08 | -1.92 | -1.87 |
| ROIC (%) | — | — | — | — |
| P/E (x) | NM | NM | NM | NM |
| P/E rel (%) | NM | NM | NM | NM |
| EV/EBITDA (x) | — | — | — | — |

| | | | | |
|---|---|---|---|---|
| Dividend 2005 (Eu) | — | IC (12/06E, Eu m) | | — |
| Dividend yield (%) | — | EV/IC (12/06E, x) | | — |
| Net debt (12/06E, Eu m) | — | Current WACC (12/06E, %) | | — |
| Net debt/equity (12/06E, %) | — | Free float (%) | | 83.6 |
| Book value/share (12/05, Eu) | — | Number of shares (m) | | 33.26 |

*Source: FTI, Company data, Datastream, Credit Suisse Securities (EUROPE) LTD. Estimates*

**IMPORTANT DISCLOSURES AND ANALYST CERTIFICATIONS ARE IN THE DISCLOSURE APPENDIX. .**

CREDIT SUISSE

14 February 2007

Figure 1: **Newsflow expectations for GPC-Biotech**

| Event | TIMING |
|---|---|
| Filing for satraplatin as a 2nd line therapy in HRPC in USA | Feb 07 |
| Presentation of selected data from SPARC trial at the ASCO Prostate Cancer Symposium | 23rd February |
| Spectrum arbitration panel appointed | Mid Feb |
| Spectrum arbitration panel decision | Mid June |
| Presentation of further data from SPARC trial at main ASCO meeting | 1-5 June 07 |
| Filing for satraplatin as a 2nd line therapy in HRPC in EU (via Pharmion) | H1:07 |
| Final overall survival results from SPARC | Q3:07 |
| Satraplatin 2nd line HRPC launch | H2:07 |
| Final results from Phase 1 clinical program for 1D09C3 (25 patient study) | Mid 2007 |
| Satraplatin co-marketing partner (US) | 2007 |
| In license additional products | 2007 |

Source: Company data, Credit Suisse estimates

# Reiteration of our view that upside potential from Satraplatin's use in 1st line HRPC is underappreciated

Although there is a clear and understandable focus on Satraplatin's market potential in 2nd line HRPC (as this is the indication upon which the SPARC trial, and thus approval, was/is based upon), however in our view Satraplatin's potential outside 2nd line HRPC is the biggest sensitivity for the drug's commercial potential.

To this extent, GPC has focused investors on the plethora of ongoing phase I/II trials; in combination with established oncology agents, in a boarder range of cancers and its use with radiation therapy (as summarised in Figure 5). Although it is widely understood that off-label use of oncology drugs is more prevalent than any other therapeutic area, it is also clear that significant usage in off-label indications is data and experience driven. Hence, Satraplatin's other putative indications outside of 2nd line HRPC, such as non-small cell lung cancer (NSCLC) and radiation therapy combination (where Satraplatin has just entered phase I or II trials), will only impact its commercial potential in the relative medium term (after data readout, and more so after the indications have been added to the label).

Notwithstanding the generalisations about off-label usage of oncology products/Satraplatin made above, we consider that there is one particular off-label indication that is a near term, and significant, sensitivity for Satraplatin's market potential, that may be underappreciated – namely, Satraplatin's use in 1st line HRPC.

### HRPC –1st line treatment the key sensitivity

The treatment paradigm for prostate cancer is shown in Figure 2 and our revenue model for Satraplatin is illustrated in Figure 3. Our key observation is that the "off label" 1st line HRPC market is numerically much more significant than the 2nd line HRPC market for Satraplatin and even modest penetration into this market yields significant upside. We estimate around 18-30% of HRPC patients currently undergo treatment with 1st line chemotherapy agents (i.e. Taxotere in the US and Novantrone in the EU). This yields a significant ca 50,000 worldwide 2nd line HRPC patient population for Satraplatin that could garner ca $450m peak sales (2014) assuming a modest ca 31% penetration rate. However, it is notable that on our estimates currently ca 141,000 HRPC patients worldwide do not undergo 1st line chemotherapy treatment (almost 3x the size of the 2nd line HRPC market).

We expect the penetration rate of 1st line chemotherapy agents to rise over the next few years (principally driven by Taxotere) to around 41% in the US and 30% in Europe. This is still a relatively modest penetration rate, because, in our view, many patients do not want

CREDIT SUISSE

14 February 2007

to start treatment with Taxotere, due to a poor quality of life/clinical benefit ratio. Recall that Taxotere's pivotal study demonstrated a statistically significant survival advantage of 18.9 versus 16.5 months. In the real world, patients have to balance this extra 2.5 months with the intense dosing regime (IV administration of 75mg/m2 every 3 weeks for 10 cycles) and the severe haematological and neurological side effects associated with Taxotere.



Figure 2: **The treatment paradigm for Prostate cancer**

Source: Company data, Credit Suisse estimates

Clearly, if Satraplatin can make even a modest penetration into the numerically larger 1st line HRPC market, then there would be significant upside to its "direct"/on label 2nd line HRPC market opportunity. The oral, once a day administration regime for Satraplatin is obviously a significant advantage over Taxotere's IV administration. Importantly, it is interesting to note that medical oncologists will be the physicians that prescribe both 1st line chemotherapy agents (i.e. Taxotere) as well as Satraplatin for use in 2nd line – hence potential "migration" of Satraplatin's usage to 1st line (off-label) would we aided. With regards to support data for Satraplatin's usage in 1st line HRPC, it is interesting that GPC has not started a specific 1st line HRPC trial for Satraplatin. The company has instead highlighted that the previously reported, 50-patient Phase III Bristol-Myers Squibb conducted trial, EORTC (European Organization for Research and Treatment of Cancer), showed statistical significance with a progression-free survival end-point in the 1st line HRPC setting. The EORTC study was first published at ASCO 2003, and further detailed in an article published in the journal "Oncology" in 2005. The key sensitivity for Satraplatin's penetration into the 1st line HRPC marketplace, in our opinion, is its side effect profile. To this extent, the side effect profile observed for Satraplatin in the EORTC trial was relatively benign. Nevertheless, the full data set from the SPARC trial (the bulk of which is due at June ASCO meeting) will be very important.

Even with the above described modest penetration rates into 1st line HRPC, we estimate this indication could yield peak sales (in 2014) of $231m (which compares to $449m for the 2nd line HRPC indication).



14 February 2007

## We estimate $680m peak sales for Satraplatin in HRPC alone

Our revenue model for Satraplatin in the HRPC indication (alone) is shown in Figure 3 and further summarised in Figure 4.

Figure 3: **Satraplatin in HRPC revenue model**

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US** | | | | | | | | | | | | |
| Incidence of prostate cancer | 237,510 | 241,073 | 244,689 | 248,359 | 252,084 | 255,866 | 259,704 | 263,599 | 267,553 | 271,567 | 275,640 | 279,775 |
| % patients undergoing hormonal treatment | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% |
| Hormone treated patients | 95,004 | 96,429 | 97,875 | 99,344 | 100,834 | 102,346 | 103,881 | 105,440 | 107,021 | 108,627 | 110,256 | 111,910 |
| % patients refectory to hormone treatment | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% |
| HRPC patients | 90,254 | 91,608 | 92,982 | 94,376 | 95,792 | 97,229 | 98,687 | 100,168 | 101,670 | 103,195 | 104,743 | 106,314 |
| % treated with 1st line chemotherapy agents | 30% | 33.0% | 37.0% | 39.0% | 39.5% | 40.0% | 40.5% | 41.0% | 41.5% | 42.0% | 42.5% | 43.0% |
| Number of 2nd line HRPC patients | 27,076 | 30,231 | 34,403 | 36,807 | 37,838 | 38,892 | 39,968 | 41,069 | 42,193 | 43,342 | 44,516 | 45,715 |
| Satraplatin penetration rate | 5% | 20% | 27% | 32% | 33% | 34% | 35% | 36% | 31% | 8% | 2% | 0% |
| Patients on Satraplatin (2nd line HRPC) | 1,354 | 6,046 | 9,289 | 11,778 | 12,486 | 13,223 | 13,989 | 14,785 | 12,911 | 3,316 | 851 | 219 |
| Cost p/a | 18,000 | 18,360 | 18,727 | 19,102 | 19,484 | 19,873 | 20,271 | 20,676 | 20,676 | 20,676 | 20,676 | 20,676 |
| **US revenues ($m) - 2nd line HPRC** | **24** | **111** | **174** | **225** | **243** | **263** | **284** | **306** | **267** | **69** | **18** | **5** |
| Satraplatin pen' into 1st line HRPC patients | 0% | 1% | 3% | 5% | 6% | 7% | 7% | 8% | 7% | 2% | 0% | 0% |
| Patients on Satraplatin (1st line HRPC) | 226 | 916 | 2,325 | 4,719 | 5,508 | 6,320 | 6,908 | 8,013 | 6,914 | 1,754 | 445 | 113 |
| Cost p/a | 18,000 | 18,360 | 18,727 | 19,102 | 19,484 | 19,873 | 20,271 | 20,676 | 20,676 | 20,676 | 20,676 | 20,676 |
| **US revenues ($m) - 1st line HPRC** | **4** | **17** | **44** | **90** | **107** | **126** | **140** | **166** | **143** | **36** | **9** | **2** |
| **US revenues (total) ($m)** | **28** | **128** | **217** | **315** | **351** | **388** | **424** | **471** | **410** | **105** | **27** | **7** |
| **ROW** | | | | | | | | | | | | |
| Incidence of prostate cancer | 222,955 | 226,300 | 229,694 | 233,140 | 236,637 | 240,186 | 243,789 | 247,446 | 251,157 | 254,925 | 258,749 | 262,630 |
| % patients undergoing hormonal treatment | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% |
| Hormone treated patients | 100,330 | 101,835 | 103,362 | 104,913 | 106,486 | 108,084 | 109,705 | 111,351 | 113,021 | 114,716 | 116,437 | 118,183 |
| % Patients refectory to hormone treatment | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 95% |
| HRPC patients | 95,313 | 96,743 | 98,194 | 99,667 | 101,162 | 102,680 | 104,220 | 105,783 | 107,370 | 108,980 | 110,615 | 112,274 |
| % treated with 1st line chemotherapy agents | 18% | 21.0% | 25.0% | 25.5% | 26.0% | 26.5% | 27.0% | 27.5% | 28.0% | 28.5% | 29.0% | 29.5% |
| Number of 2nd line HRPC patients | 17,156 | 20,316 | 24,549 | 25,415 | 26,302 | 27,210 | 28,139 | 29,090 | 30,064 | 31,059 | 32,078 | 33,121 |
| Satraplatin penetration rate |  | 4% | 16% | 22% | 26% | 26% | 27% | 28% | 28% | 28% | 28% | 28% |
| Patients on Satraplatin | 0 | 874 | 3,928 | 5,490 | 6,733 | 7,183 | 7,654 | 8,145 | 8,418 | 8,697 | 8,982 | 9,274 |
| Cost p/a | 15,300 | 15,606 | 15,918 | 16,236 | 16,561 | 16,892 | 17,230 | 17,575 | 17,575 | 17,575 | 17,575 | 17,575 |
| **ROW revenues ($m) - 2nd line HPRC** | **0** | **14** | **63** | **89** | **112** | **121** | **132** | **143** | **148** | **153** | **158** | **163** |
| Satraplatin pen into 1st line HRPC patients | 0% | 0% | 1% | 1% | 3% | 3% | 3% | 4% | 4% | 4% | 4% | 5% |
| Patients on Satraplatin (1st line HRPC) | 0 | 121 | 491 | 1,246 | 2,529 | 2,952 | 3,387 | 3,702 | 4,026 | 4,359 | 4,701 | 5,052 |
| Cost p/a | 15,300 | 15,606 | 15,918 | 16,236 | 16,561 | 16,892 | 17,230 | 17,575 | 17,575 | 17,575 | 17,575 | 17,575 |
| **ROW revenues ($m) - 1st line HPRC** | **0** | **2** | **8** | **20** | **42** | **50** | **58** | **65** | **71** | **77** | **83** | **89** |
| **ROW revenues (total) ($m)** | **0** | **16** | **70** | **109** | **153** | **171** | **190** | **208** | **219** | **229** | **240** | **252** |
| **W/W revenues** | **28** | **143** | **288** | **424** | **504** | **560** | **614** | **680** | **629** | **334** | **267** | **259** |

Source: Credit Suisse estimates

CREDIT SUISSE                                                                                                14 February 2007

Figure 4: **Satraplatin in HRPC revenue model summary**

|                     | 2007 | 2008 | 2009 | 2010  | 2011  | 2012  | 2013  | 2014  | 2015  | 2016 | 2017 | 2018 |
|---------------------|------|------|------|-------|-------|-------|-------|-------|-------|------|------|------|
| US - 2nd line HRPC  | 24   | 111  | 174  | 225   | 243   | 263   | 284   | 306   | 267   | 69   | 18   | 5    |
| % Total             | 86%  | 77%  | 60%  | 53%   | 48%   | 47%   | 46%   | 45%   | 42%   | 21%  | 7%   | 2%   |
| US - 1st line HRPC  | 4    | 17   | 44   | 90    | 107   | 126   | 140   | 166   | 143   | 36   | 9    | 2    |
| % Total             | 14%  | 12%  | 15%  | 21%   | 21%   | 22%   | 23%   | 24%   | 23%   | 11%  | 3%   | 1%   |
| **US - Total**      | 28   | 128  | 217  | 315   | 351   | 388   | 424   | 471   | 410   | 105  | 27   | 7    |
| % Total             | 100% | 450% | 765% | 1108% | 1233% | 1366% | 1490% | 1658% | 1442% | 369% | 94%  | 24%  |
| ROW - 2nd line HRPC | 0    | 14   | 63   | 89    | 112   | 121   | 132   | 143   | 148   | 153  | 158  | 163  |
| % Total             | 0%   | 10%  | 22%  | 21%   | 22%   | 22%   | 21%   | 21%   | 24%   | 46%  | 59%  | 63%  |
| ROW - 1st line HRPC | 0    | 2    | 8    | 20    | 42    | 50    | 58    | 65    | 71    | 77   | 83   | 89   |
| % Total             | 0%   | 7%   | 27%  | 71%   | 147%  | 175%  | 205%  | 229%  | 249%  | 269% | 291% | 312% |
| **ROW - Total**     | 0    | 16   | 70   | 109   | 153   | 171   | 190   | 208   | 219   | 229  | 240  | 252  |
| % Total             | 0%   | 11%  | 24%  | 26%   | 30%   | 31%   | 31%   | 31%   | 35%   | 69%  | 90%  | 97%  |
| **WW - 2nd line**   | 24   | 125  | 236  | 314   | 355   | 384   | 415   | 449   | 415   | 221  | 175  | 168  |
| % Total             | 86%  | 87%  | 82%  | 74%   | 70%   | 69%   | 68%   | 66%   | 66%   | 66%  | 66%  | 65%  |
| **WW - 1st line**   | 4    | 19   | 51   | 110   | 149   | 175   | 198   | 231   | 214   | 113  | 92   | 91   |
| % Total             | 14%  | 13%  | 18%  | 26%   | 30%   | 31%   | 32%   | 34%   | 34%   | 34%  | 34%  | 35%  |
| **WW - total revenues** | 28 | 143 | 288 | 424   | 504   | 560   | 614   | 680   | 629   | 334  | 267  | 259  |

Source: Credit Suisse estimates

*Price:* We have assumed a US launch cost for Satraplatin of $18,000 pa (i.e. ca 5 cycles at $3,600 per cycle and comparable to other platin/cytotoxic agents) and a 15% discount on this in the ROW market.

*Patent:* The primary patents covering Satraplatin will expire in December 2008 (composition of matter patent 5,072,011) and September 2010 (use patent 5,244,919) in the US, and in January 2009 in most EU countries. However, GPC aims to use the Hatch-Waxman Act Patent term restoration to extend the US patent a further 5 years - assuming that GPC applies this to the September 2010 Method of Use Patent, this will extend the US patent to September 2015. Similarly GPC also aims to use a Supplementary Protection Certificate in European countries to extend the patent term in countries of the European Union and certain other European countries to late 2018/January 2019. We have assumed US patent expiration in September 2015 and ROW patent expiration at the end of 2018 in our revenue modelling.

## Upside from other indications for Satraplatin

As previously discussed, it is widely understood that off-label use of oncology drugs is more prevalent than any other therapeutic area, it is also clear that significant usage in off-label indications is data and experience driven. Hence, the putative indications for Satraplatin outside HRPC, will only impact its commercial potential in the relative medium term (after data readout, and more so after the indications have been added to the label). Nevertheless, it is notable that Satraplatin, as a novel oral platinum agent, has significant potential outside that of the HRPC indication, that GPC are aggressively pursuing – summarised in Figure 5.

CREDIT SUISSE                                                                                    14 February 2007

Figure 5: **Development program for Satraplatin**

| Indication | Stage | Trial summary | Timelines |
|---|---|---|---|
| Second-line treatment of HRPC (SPARC Trial) | Registration | Ca 1000 patient study, event driven trial, of Satraplatin plus prednisone verse prednisone alone. | Positive data release September 2006. US NDA expected in Q4:06, EU submission due H1:06 |
| with Tarceva in NSCLC (1st line, inoperable, >70yrs) | Phase II | 20 centres in US and EU, Approximately 120 patients. Primary is PFS, Secondary survival, response rates and safety | Started to enrol in August 2006. |
| with Taxol in NSCLC | Phase II | Lead by SCRI in US, open label, approximately 40 patients. Primary is objective response rate, Secondary progression and overall survival | Started to enrol in December 2005. |
| with radiation in NSCLC | Phase I | 30 patient, US study to determine dose-limiting toxicities | |
| with Taxotere in advanced solid tumours (x2) | Phase I | US study to enrol up to 48 patients. EU study will have different dosing regime. | Initiated 5/7/05 |
| with Xeloda in advanced solid tumours | Phase I | Open label, approximately 24 patients | Initiated 16/5/06 |
| with Gemzar in advanced solid tumours | Phase I | | |

Source: Company data, Credit Suisse estimates

Outside the targeted HRPC indication, the most interesting, and potentially most lucrative, market for Satraplatin is as a radiopotentiator, in our view. Around twice the number of patients who receive chemotherapy receive radiation therapy (approximately 1m in the US annually). Numerous studies have shown that platinum drugs act synergistically with radiation therapy. However, in the clinical setting, the required co-ordination between radiographers/radiotherapy and oncologists/IV drug administration has acted as an effective barrier against chemotherapy/radiation therapy combination use. Thus, the oral formulation of Satraplatin should prove a significant advantage, in our view. It is also notable that some early phase I studies of Satraplatin with concomitant radiotherapy have provided some evidence of the use of this treatment protocol, with the normal caveats for Phase I dose ranging studies (George CM et al, *A Phase I Trial of the Oral Platinum Analogue JM216 with Concomitant Radiotherapy in Advanced Malignancies of the Chest*, Inv New Drugs 19: 303-310, 2001 and Cmelak A et al *Phase I Study of JM-216 with Concurrent Radiation in Non-Small Cell Lung Cancer and Squamous Cell Head and Neck Cancer*, Proc. ASCO, 1999 [abstract 393]).

 CREDIT SUISSE

14 February 2007

# Valuation

We base our target price for GPC on product (Satraplatin) NPV calculations, which are summarised in Figure 6 and Figure 7.

Figure 6: **Satraplatin product DCF summary**

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Revenues | 24 | 111 | 174 | 225 | 243 | 263 | 284 | 306 | 267 | 69 | 18 | 5 |
| COGS (9%) | 3 | 12 | 22 | 32 | 22 | 24 | 26 | 28 | 24 | 6 | 2 | 0 |
| SGA (30% post 2010) | 35 | 50 | 61 | 67 | 73 | 79 | 85 | 92 | 80 | 23 | 6 | 1 |
| US gross profit | (14) | 49 | 91 | 126 | 148 | 160 | 173 | 186 | 163 | 34 | 9 | 2 |
| *US gross margin* | *-56%* | *44%* | *52%* | *56%* | *61%* | *61%* | *61%* | *61%* | *61%* | *50%* | *50%* | *50%* |
| EU royalties | - | 5 | 21 | 33 | 46 | 51 | 57 | 62 | 66 | 69 | 72 | 76 |
| *EU gross margin/Effective royalty rate* | *na* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* |
| WW gross profit | (14) | 53 | 112 | 159 | 194 | 212 | 230 | 249 | 228 | 103 | 81 | 78 |
| *WW gross margin* | *na* | *37%* | *39%* | *37%* | *39%* | *38%* | *37%* | *37%* | *36%* | *31%* | *30%* | *30%* |
| Payment to Spectrum (12% of total satraplatin revenues) | 3 | 17 | 35 | 51 | 60 | 67 | 74 | 82 | 75 | 40 | 32 | 31 |
| Net GPC Revenue ($m) | (17) | 36 | 78 | 108 | 134 | 145 | 156 | 167 | 153 | 63 | 49 | 47 |
| **Net GPC Revenue (€m)** | **(13)** | **28** | **59** | **82** | **102** | **110** | **119** | **127** | **116** | **48** | **37** | **35** |
| *Effective net margin* | *-45%* | *19%* | *21%* | *19%* | *20%* | *20%* | *19%* | *19%* | *18%* | *14%* | *14%* | *14%* |
| Revenue DCF |  |  |  |  |  |  |  |  |  |  |  |  |
| Years | 0 | 1.5 | 2.5 | 3.5 | 4.5 | 5.5 | 6.5 | 7.5 | 8.5 | 9.5 | 10.5 | 11.5 |
| Discount rate (at 10% pa) | 1.0 | 1.2 | 1.3 | 1.4 | 1.5 | 1.7 | 1.9 | 2.0 | 2.2 | 2.5 | 2.7 | 3.0 |
| Yearly NPV of revenue ($) | (17) | 31 | 61 | 77 | 87 | 86 | 84 | 82 | 68 | 25 | 18 | 16 |
| Cumulative NPV ($m) | (17) | 14 | 76 | 153 | 240 | 326 | 410 | 492 | 560 | 586 | 603 | 619 |
| **Cumulative Satraplatin NPV (€m) [excluding milestones]** | **(13)** | **11** | **58** | **116** | **182** | **247** | **311** | **373** | **425** | **444** | **458** | **470** |

Source: Credit Suisse estimates

Figure 7: **GPC Satraplatin + net cash until profitability DCF summary**

|  | €m |
|---|---|
| Modelled Pharmion milestone assumptions |  |
| Milestone on filing | 10 |
| Milestone on approval | 16 |
| Milestone on 5 additional indications | 32 |
| Milestone on Commercialisation | 45 |
| Cumulative | 103 |
|  |  |
| NPV Valuation Summary |  |
| Revenue flow NPV | 473 |
| Milestone NPV | 103 |
| Total Satraplatin NPV | 573 |
| **NPV/Share** | **19.3** |
|  |  |
| Cash at end 2006 | 98.5 |
| Cash burn until profitability | 64.8 |
| Total NPV | 609.9 |
| **NPV/Share** | **20.4** |

Source: Credit Suisse estimates

CREDIT SUISSE                                                                               14 February 2007

We estimate an NPV of €470m for Satraplatin revenues, based on the sales estimates highlighted above, industry standard cost bases and patent protection until 2015/2018 (when, as discussed, we assume effective patent protection will expire), a 12% royalty stack to Spectrum and a 'plain vanilla' 10% discount rate. We add to this €103m NPV for milestones assumptions from the Pharmion ROW deal (which recall, involved an upfront payment of US$37.1m, committed payments of US$22m, US$30m for filing and approval plus putative further payments for additional indication approval and further milestones of up to US$180m in total – in our NPV valuation we have assumed all filing and approval milestones are paid but GPC receive only 50% of the additional indications and sales target milestones). To this cumulative NPV of €573m, or €19.2 per share, we add €46.2m which is comprised of our estimated 2006 year-end cash balance of €98.5m minus the €64.8m cash burn we estimate that GPC will utilise until profitability. This yields a "Satraplatin + net cash until profitability" value of €610m or €20.4/share, our €25 target price represents a ca25% premium to this.

**Companies Mentioned**  (Price as of 13 Feb 07)
Bristol-Myers Squibb (BMY, $27.59, NEUTRAL, TP $26.00, MARKET WEIGHT)
GPC Biotech (GPCG.DE, Eu22.60, OUTPERFORM, TP Eu25.00, OVERWEIGHT)



## Disclosure Appendix

### Important Global Disclosures

The analysts identified in this report each certify, with respect to the companies or securities that the individual analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

See the Companies Mentioned section for full company names.

**3-Year Price, Target Price and Rating Change History Chart for GPCG.DE**



CREDIT SUISSE  
14 February 2007

| GPCG.DE Date | Closing Price Price (EUR) | Target Price Price (EUR) | Rating | Initiation/ Assumption |
|---|---|---|---|---|
| 03-Sep-04 | | | | X |
| 07-Sep-04 | 10.9 | 13 | OUTPERFORM | |
| 14-Jan-05 | 11.28 | 15 | | |
| 21-Mar-06 | 13.81 | 19.5 | | |
| 08-Jan-07 | 19.28 | 25 | | |

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities.

**Analysts' stock ratings are defined as follows***:

**Outperform:** The stock's total return is expected to exceed the industry average* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.

**Neutral:** The stock's total return is expected to be in line with the industry average* (range of ±10%) over the next 12 months.

**Underperform****: The stock's total return is expected to underperform the industry average* by 10-15% or more over the next 12 months.

*The industry average refers to the average total return of the analyst's industry coverage universe (except with respect to Asia/Pacific, Latin America and Emerging Markets, where stock ratings are relative to the relevant country index, and Credit Suisse Small and Mid-Cap Advisor stocks, where stock ratings are relative to the regional Credit Suisse Small and Mid-Cap Advisor investment universe.

**In an effort to achieve a more balanced distribution of stock ratings, the Firm has requested that analysts maintain at least 15% of their rated coverage universe as Underperform. This guideline is subject to change depending on several factors, including general market conditions.

***For Australian and New Zealand stocks a 7.5% threshold replaces the 10% level in all three rating definitions, with a required equity return overlay applied.

**Restricted:** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward. All Credit Suisse Small and Mid-Cap Advisor stocks are automatically rated volatile. All IPO stocks are automatically rated volatile within the first 12 months of trading.

**Analysts' coverage universe weightings* are distinct from analysts' stock ratings and are based on the expected performance of an analyst's coverage universe** versus the relevant broad market benchmark***:**

**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

*Credit Suisse Small and Mid-Cap Advisor stocks do not have coverage universe weightings.

**An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.

***The broad market benchmark is based on the expected return of the local market index (e.g., the S&P 500 in the U.S.) over the next 12 months.

**Credit Suisse's distribution of stock ratings (and banking clients) is:**

Global Ratings Distribution
- Outperform/Buy*      39%    (62% banking clients)
- Neutral/Hold*        43%    (57% banking clients)
- Underperform/Sell*   15%    (50% banking clients)
- Restricted            3%

*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

See the Companies Mentioned section for full company names.
**Price Target:** (12 months) for (GPCG.DE)
**Method:** We estimate an NPV of €470m for Satraplatin sales revenues flow based on the sales estimates highlighted in our research note, industry standard cost bases and patent protection until 2015/, a 12% royalty stack to Spectrum and a 'plain vanilla' 10% discount rate. We add to this €103m NPV for milestones assumptions from the Pharmion ROW deal. To this cumulative NPV of €573m, or €19.2 per share, for Satraplatin to which we add €46.2m which is comprised of our estimated year – end cash balance of €98.5m minus the €64.8m cash burn we estimate that GPC will utilise until profitability. This yields a "Satraplatin + net cash until profitability" value of €610m or €20.4/share, our €25 target price represents a ca25% premium to this.
**Risks:** Negative development news for satraplatin in various cancer indications, potential signing of US partner, awaiting regulatory filing and approval in EU & US for 2nd line HRPC indication

See the Companies Mentioned section for full company names.
As of the end of the preceding month, Credit Suisse beneficially owned 1% or more of a class of common equity securities of (GPCG.DE). This holding is calculated according to U.S. regulatory requirements which are based on Section 13(d) of the Securities and Exchange Act of 1934.

**Important Regional Disclosures**

The analyst(s) involved in the preparation of this report have not visited the material operations of the subject company (GPCG.DE) within the past 12 months.

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.

Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit http://www.csfb.com/legal_terms/canada_research_policy.shtml.

The following disclosed European company/ies have estimates that comply with IFRS: BMY.

As of the date of this report, Credit Suisse acts as a market maker or liquidity provider in the equities securities that are the subject of this report.

For disclosure information on other companies mentioned in this report, please visit the website at www.credit-suisse.com/researchdisclosures or call +1 (877) 291-2683.
Disclaimers continue on next page.



14 February 2007
Europe/Germany
**Equity Research**

This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period relative to the relevant coverage universe. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse; in Canada by Credit Suisse Securities (Canada), Inc..; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A.; in Japan by Credit Suisse Securities (Japan) Limited; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse Singapore Branch and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse Taipei Branch has been prepared by a registered Senior Business Person. Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

Copyright 2007 CREDIT SUISSE and/or its affiliates. All rights reserved.

**CREDIT SUISSE SECURITIES (Europe) Limited**
Europe: +44 (20) 7888-8888