# EXHIBIT 7



Europe Germany
**Biotechnology** Biotechnology

22 July 2007

# GPC Biotech

Reuters: **GPCG.DE**   Bloomberg: **GPC GY**   Exchange: **GER**   Ticker: **GPCG**

## Decisive days ahead

Holger Blum, DVFA
Research Analyst
(+49) 69 910-31912
holger.blum@db.com

### Smoke or fire?
We stick to our Buy rating despite cautionary language of the FDA briefing documents for the satraplatin ODAC panel. We still see a realistic chance for a positive vote on accelerated approval, as we remain convinced of preliminary evidence seen in the SPARC trial. Hence, we consider the worst-case of non-approval least likely. In the case of an approvable letter we would expect the launch with max 1 year delay, which makes Euro 15 an attractive entry point, in our view.

### Binary fair value range
Our analysis suggests a potential fair value range for GPC might vary between Euro 5 (satraplatin never makes it to the market) or Euro 35 (satraplatin makes it to the market with survival benefit this year). However, this assessment is very subjective, as we are looking at binary outcomes for a one-product company. If investors equally weight best and worst-case scenarios the average fair value would be Euro 20. Despite the cautionary language in the FDA briefing documents we keep our positive bias and Euro 30 price target for now.

### Valuation/Risks
Our Euro 30 price target is based on a DCF model, pegged on a terminal growth of 0% (minus 5% previously) and WACC of 10.6% (risk-free rate 4%, equity premium 6%, beta 1.1, cost of debt 7%). There is near-term downside risk to our price target if the ODAC panel does not vote in favor of approval and the FDA does not approve the drug. If the drug does not reach overall survival benefit our peak sales assumptions might prove too positive. Please refer to page 7 for more details.

**Deutsche Bank** 

### Catalyst Event

**Buy**

| | |
|---|---|
| Price at 20 Jul 2007 (EUR) | 15.11 |
| Price Target (EUR) | 30.00 |
| 52-week range (EUR) | 24.93 - 10.75 |

**Price/price relative**

| Performance (%) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | -23.9 | -32.2 | 35.8 |
| Dow Jones EURO STOXX Price | | -1.9 | 0.7 |

**Stock & option liquidity data**

| | |
|---|---|
| Market cap (EUR)(m) | 502.6 |
| Shares outstanding (m) | 33 |
| Free float (%) | - |
| Option volume (und. shrs., 1M avg.) | - |

### Forecasts and ratios

| Year End Dec 31 | 2004A | 2005A | 2006E | 2007E | 2008E |
|---|---|---|---|---|---|
| Revenue (EURm) | 13 | 9 | 25 | 42 | 91 |
| EBITDA (EURm) | -40 | -68 | -73 | -94 | -68 |
| EBITA (EURm) | -41 | -68 | -73 | -94 | -68 |
| PBT stated (EURm) | -40 | -62 | -71 | -93 | -68 |
| DB EPS (EUR) | -1.60 | -2.08 | -2.15 | -2.80 | -2.04 |
| DB EPS growth (%) | -23.6 | -30.1 | -3.2 | -30.4 | 27.1 |
| P/E (DB EPS) (x) | - | - | - | - | - |
| EV/EBITA (x) | - | - | - | - | - |
| DPS (EUR) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Source: Deutsche Bank estimates, company data

[1] This is the 1st footnote
[2] This is the 2nd footnote

**Deutsche Bank AG/London**

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies.

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Investors should consider this report as only a single factor in making their investment decision.

Independent, third-party research (IR) on certain companies covered by DBSI's research is available to customers of DBSI in the United States at no cost. Customers can access this IR at http://gm.db.com, or call 1-877-208-6300 to request that a copy of the IR be sent to them.

**DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1**

Model updated: 30 January 1970
### Running the Numbers
Europe
Germany
Biotechnology

## GPC Biotech
Reuters: GPCG.DE     Bloomberg: GPC GY

**Buy**

| | |
|---|---:|
| Price as of 20 July | EUR 22.34 |
| Target price | EUR 30.00 |
| Company website | |
| http://www.gpc-biotech.com | |

**Company description**

GPC is a biopharmaceutical company focused on oncology research. Its lead product candidate Satraplatin is an oral platinum-based compound that has shown highly statistically significant results for progression-free survival in a phase III study with 950 patients as second-line chemotherapy treatment in hormone refractory prostate cancer.

**Research Team**

Holger Blum
+49 69 910 31912     holger.blum@db.com



Absolute Price Return (%)
- 1m: 13%
- 3m: 0.2%
- 12m: 101%

| | |
|---|---:|
| 52-week Range: | EUR 10.75 - 24.93 |
| Market Cap (m) | EUR 743 |
| | USD 1,017 |

**Company identifiers**
| | |
|---|---:|
| Cusip | NA |
| SEDOL | 5948611 |

| Year Ending 31 December | 2001 | 2002 | 2003 | 2004 | 2005 | 2006E | 2007E | 2008E |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **SUMMARY** | | | | | | | | |
| DB EPS (EUR) | -1.59 | -1.24 | -1.29 | -1.60 | -2.08 | -2.15 | -2.80 | -2.04 |
| P/E (x) | nm | nm | nm | nm | nm | nm | nm | nm |
| DB EPS growth (%) | 28.0 | 22.1 | -4.5 | -23.6 | -30.1 | -3.2 | -30.4 | 27.1 |
| Reported EPS (EUR) | -1.59 | -1.59 | -1.29 | -1.60 | -2.08 | -2.15 | -2.80 | -2.04 |
| P/E (Reported) (x) | nm | nm | nm | nm | nm | nm | nm | nm |
| CFPS (EUR) | 0.13 | -1.14 | -1.11 | -1.52 | -1.43 | -1.18 | -2.13 | -0.63 |
| P/CFPS (x) | 111.3 | nm | nm | nm | nm | nm | nm | nm |
| Free CFPS (EUR) | -0.03 | -1.22 | -1.19 | -1.56 | -1.58 | -1.24 | -2.23 | -0.84 |
| DPS (EUR) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividend Yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| BV/Share (EUR) | 7.34 | 5.19 | 3.95 | 5.00 | 2.80 | 1.82 | -0.78 | -2.60 |
| Price/BV (x) | 1.63 | 0.60 | 2.00 | 2.10 | 3.77 | 12.30 | nm | nm |
| Weighted average shares (m) | 18.5 | 20.7 | 20.7 | 25.0 | 29.9 | 33.3 | 33.3 | 33.3 |
| Average market cap (EUR m) | 264 | 133 | 112 | 288 | 291 | 743 | 743 | 743 |
| Enterprise value (EUR m) | 77 | -54 | -29 | 92 | 137 | 584 | 665 | 698 |
| EV/Sales | 5.57 | -2.52 | -1.34 | 7.26 | 14.65 | 23.73 | 15.78 | 7.67 |
| EV/EBITDA | nm | nm | nm | nm | nm | nm | nm | nm |
| EV/EBIT | nm | nm | nm | nm | nm | nm | nm | nm |
| EV/Operating Capital | nm | nm | nm | nm | nm | nm | nm | nm |
| **INCOME STATEMENT (EUR m)** | | | | | | | | |
| Sales revenue | 14 | 22 | 22 | 13 | 9 | 25 | 42 | 91 |
| Operating EBITDA | -30 | -28 | -28 | -40 | -68 | -73 | -94 | -68 |
| Depreciation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortisation | 5 | 9 | 2 | 0 | 0 | 1 | 0 | 0 |
| EBIT | -35 | -36 | -29 | -41 | -68 | -73 | -94 | -68 |
| Net interest income(expense) | 5 | 4 | 3 | 3 | 3 | 4 | 1 | 0 |
| Associates/affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investment/other income(expense) | 0 | -1 | 0 | -2 | 3 | -2 | 0 | 0 |
| Exceptionals/extraordinaries | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income tax expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minorities/preference dividends | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net income | -29 | -33 | -27 | -40 | -62 | -71 | -93 | -68 |
| **CASH FLOW (EUR m)** | | | | | | | | |
| Cash flow from operations | 2 | -24 | -23 | -38 | -43 | -39 | -71 | -21 |
| Movement in net working capital | 18 | -6 | -4 | -3 | 0 | 17 | 5 | 32 |
| Capex | -3 | -2 | -2 | -1 | -5 | -2 | -3 | -7 |
| Free cash flow | -1 | -25 | -25 | -39 | -47 | -41 | -74 | -28 |
| Other investing activities | 4 | -25 | 20 | -16 | 5 | 0 | 6 | 6 |
| Equity raised(bought back) | 36 | 0 | 0 | 80 | 11 | 42 | 0 | 0 |
| Dividends paid | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net inc(dec) in borrowings | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Other financing cash flows | -4 | -1 | 0 | -1 | 1 | 2 | 0 | 0 |
| Total cash flows from financing | 32 | 0 | 0 | 80 | 12 | 44 | 0 | 0 |
| Net cash flow | 36 | -51 | -5 | 24 | -29 | 3 | -68 | -22 |
| Movement in net debt(cash) | -36 | 51 | 5 | -24 | 29 | -3 | 68 | 22 |
| **BALANCE SHEET (EUR m)** | | | | | | | | |
| Cash and other liquid assets | 140 | 115 | 89 | 129 | 94 | 98 | 24 | -4 |
| Tangible fixed assets | 5 | 5 | 3 | 3 | 4 | 3 | 3 | 4 |
| Goodwill | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other intangible assets | 5 | 3 | 1 | 1 | 1 | 0 | 0 | 0 |
| Associates/investments | 49 | 75 | 54 | 69 | 63 | 63 | 57 | 51 |
| Other assets | 9 | 10 | 9 | 9 | 40 | 9 | 10 | 12 |
| Total assets | 217 | 207 | 156 | 211 | 202 | 173 | 93 | 64 |
| Interest bearing debt | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 |
| Other liabilities | 29 | 22 | 17 | 15 | 53 | 46 | 58 | 95 |
| Total liabilities | 32 | 25 | 20 | 17 | 56 | 48 | 61 | 97 |
| Shareholders' equity | 136 | 107 | 82 | 125 | 84 | 60 | -26 | -86 |
| Minorities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total shareholders' equity | 136 | 107 | 82 | 125 | 84 | 60 | -26 | -86 |
| Net working capital | -14 | -9 | -8 | -6 | 0 | -26 | -31 | -46 |
| Net debt(cash) | -138 | -112 | -87 | -127 | -91 | -96 | -21 | 6 |
| Capital | -2 | -5 | -5 | -2 | -8 | -35 | -47 | -80 |
| **RATIO ANALYSIS** | | | | | | | | |
| Sales growth (%) | 134.0 | 54.9 | 0.4 | -41.4 | -26.2 | 163.7 | 71.1 | 116.2 |
| EBITDA Margin (%) | -214.9 | -128.9 | -128.2 | -320.0 | -723.9 | -295.1 | -222.3 | -74.6 |
| EBIT Margin (%) | -248.7 | -169.2 | -136.5 | -323.3 | -728.3 | -297.5 | -223.4 | -74.6 |
| Payout ratio (%) | nm | nm | nm | nm | nm | nm | nm | nm |
| ROE (%) | -22.6 | -27.1 | -28.4 | -38.6 | -59.7 | -99.3 | -540.4 | nm |
| Return on Capital (%) | -407.5 | nm | 594.7 | nm | nm | 351.9 | 228.2 | 106.6 |
| Operating Return on Capital (%) | 80.7 | 55.8 | 42.4 | 62.6 | 95.7 | 86.7 | 93.1 | 57.7 |
| Capex/sales (%) | 21.5 | 7.6 | 7.7 | 8.5 | 48.7 | 8.0 | 7.8 | 7.6 |
| Capex/depreciation (x) | 0.6 | 1.2 | 0.9 | 2.6 | 10.9 | 3.3 | 6.9 | na |
| Net debt/equity (%) | -101.3 | -104.6 | -106.1 | -101.7 | -109.3 | -158.2 | nm | nm |
| Net interest cover (x) | nm | nm | nm | nm | nm | nm | nm | nm |


Margin Trends (%)


Return Ratios (%)


Net Debt (Cash) / Equity (%)

Price and Price Relative

Source: Company data, Deutsche Bank estimates



# Good enough for accelerated approval?

**How meaningful are methodological issues?** The main issues in the FDA briefing documents is that PFS (progression-free survival) alone as primary endpoint is not sufficient for accelerated approval due to methodological considerations. Hence, it remains open whether overall survival data (available in Q4.07E) to gain full approval. As satraplatin has shown convincing statistical benefit in PFS with good tolerability profile it might be seen unethical to restrain patient access to the only potential treatment option at their progressed disease stage.

**SPA granted:** According to GPC filings there were FDA meetings in Oct-02 and July-03, which resulted in a Special Protocol Assessment (SPA). The FDA agreed to consider early analysis of the SPARC trial for consideration of accelerated approval based on the protocol-specified final analysis of PFS, with secondary endpoints of time-to-pain progression and interim analysis of overall survival (OS). According to the company the FDA reviewers agreed in a pre-NDA meeting in June-05 with GPC's proposal to make PFS the primary endpoint for both FDA and EMEA filings.

**Unmet medical need ...:** Mitoxantrone (plus corticosteroid) gained approval on the back of a significant treatment effect on pain, but without survival advantage. The current gold standard for prostate cancer patients has gained approval in 2004 due to overall survival benefit (18.9 months versus 16.5 months), although there was no significant difference in response duration, but very severe side effects. So far no other drug (including Docetaxel/Taxotere) has shown a prolongation of progression-free survival or overall survival for HRPC patients with disease progression after first-line therapy.

**...fosters quick approval:** So, there is high unmet medical need and therefore the FDA has granted priority review in April-07. The application will be reviewed under the provisions of 21 CFR 314 Subpart H, for accelerated approval. See http://www.fda.gov/cder/rdmt/accappr1.htm for more details. As required under Subpart H to make satraplatin available to patients satraplatin only has to demonstrate evidence of efficacy/safety "prior to formal demonstration of patient benefit" (overall survival) in this life-threatening disease. Note that hurdle rates for a full approval require stronger evidence, i.e. positive overall survival data (the other primary endpoint of the SPARC trial).

**Good efficacy:** Hence, a significant improvement in PFS (p<0,0001) and time-to-pain progression (p<0.0001) in favor of satraplatin against placebo, and a positive trend in overall survival (without statistical significance) might be good enough to be called "preliminary evidence" of satraplatin, especially severe side effects are relatively rare for satraplatin, in our view. Hence, requirements for accelerated approval should be fulfilled, in our view. Albeit not an official endpoint, but important for patients/doctors might be the fact that satraplatin has triggered a doubling of pain and PSA response rates.

**No safety concerns:** Looking at the 5 issues of the FDA safety concerns are not raised, which seems to take away a major risk factor. So the debate seems rather about trial design, i.e. whether the demonstrated benefit is meaningful to the patients. Statistically it is, but the biggest question seems whether the surrogate endpoint can be seen as valid indicator of patient benefit.



# FDA issues

## 1) PFS definition as primary endpoint

The FDA has no prior experience with PFS and will seek ODAC advice on the acceptability of this endpoint. PFS is defined as a composite endpoint, consisting of radiographic progression, symptomatic progression (pain, analgesics, ECOG performance status, weight loss etc) and skeletal events.

We are not surprised to see the FDA demanding a discussion about a new PFS endpoint. Although the composite endpoint in the SPARC trial has not been used previously in registration trials, all of the elements each have been used in previous registration studies. PFS as primary endpoint for accelerated approval should be beneficial for patients who can get access to the drug more rapidly based on preliminary evidence for ethical considerations. As it is too early to make a call on full evidence (overall survival) we don't see why patients should not get access to a drug with relatively moderate side effects. We believe that the statistical requirements are met ($p<0.0001$) and that the consistency of data speaks for itself. All components of the composite endpoint yielded results in the same direction. In addition, the drug also worked for all different subsets, most importantly also for patients who had been pre-treated with Docetaxel (51%), today's first-line treatment (brand name Taxotere).

## 2) Definition of radiographic progression

The second issue is that the two independent radiology readers disagreed on the progression status in 367 of the 950 patients (39%), requiring adjudication by a third independent reader. This raises the question whether PFS could be reliably assessed in this clinical trial.

Radiographic progression based on RECIST criteria has been commonly used for the assessment of measurable disease. Different views of different doctors are not that uncommon, but percentage of initial disagreement seems high. However, it does not mean that the clear statistical outcome contains a misleading bias, in our view. Also, all other composites of PFS show similar evidence of PFS benefit anyway.

## 3) Assessment of pain progression

The FDA is raising several issues, as the FDA's standards for pain assessment have changed early 2006, when the SPARC trial had already been fully recruited. Hence, there are some technical questions, but we believe that GPC has used most up-to-date clinical trial standards. Discussions about moderate adjustments do not necessarily challenge the whole process. We don't know why the FDA/GPC have not tightened up pain definition in the past, but we can see a very robust and consistent improvements in pain scores. We guess that from a patient perspective this improvement matters. Nonetheless, we understand that the FDA wants to discuss three pain-related issues.

**a) Was blinding maintained?** Could doctors know due to side effects whether a patient is on the drug or on placebo. We are not under the impression that this argument can only be raised in the SPARC trial and see no other way around it. In addition, investors should not forget the consistency of the across all regions (170 centers in 16 countries) and the high magnitude of statistical significance, which actually suggest a real patient benefit, in our view.

**b) MPQ PPI appropriate?** The MPQ PPI (McGill Pain Questionnaire or Present Pain Intensity scale) might not be adequately validated according to the FDA. MQP PPI was used in the

approval of mitoxantrone by measuring pain intensity, while GPC was looking for time to pain progression and average pain scores. We think that this might be a technical argument, but it's not necessarily challenging the rationale of this questionnaire, especially as it seemed the most up-to-date tool prior to new FDA guidelines in 2006.

c) Pain management documentation: The SPARC protocol did not specify any plan for pain management and pain progression based on increased analgesic use varied widely between countries and did not consider non-narcotic pain medicine in determining pain progression. We don't know to what extent the FDA has flagged this to GPC in the past, but given the robustness of the data we doubt that this technical perfection would have led to different results. Note that the data even suggests that the placebo group showed a stronger increase in opioid use (p. 18 of the FDA Briefing Document as of July 24, 2007).

## 4) Not all patients received Docetaxel

Only 51% of patients had been pre-treated with today's gold standard for prostate cancer, Sanofi's Docetaxel (docetaxel). The FDA claims that all patients should have been treated with Docetaxel before using satraplatin as second-line medication. However, when GPC initiated the trial, Docetaxel was not even approved. More importantly, satraplatin could demonstrate similar efficacy (same hazard ratio and p-value) for patients pre-treated with docetaxel or other chemotherapy. Hence, we don't consider this issue to prove a concern for the ODAC panel.

## 5) Should the FDA wait for final survival analysis?

This is probably the most interesting question right now. Is the data good enough to demonstrate preliminary evidence, which is needed for accelerated approval? Will overall survival show more than a positive trend?

The interim analysis of overall survival after 463 deaths does not show that satraplatin is statistically better than placebo, albeit it has shown a positive trend so far. This information was not new for the market. The final analysis of overall survival will occur after 700 deaths, which is estimated to be near the end of 2007. Satraplatin was close to showing a statistical benefit for patients who had at least 12 months follow-up by the cut-off for interim analysis in June-06, as the drug has shown a median difference of 9.7 weeks survival benefit despite being underpowered ($p=0.083$; $HR=0.81$; 95% CI: 0.66, 1.01).

Note that this benefit is already close to the statistical significant benefit of Docetaxel (2.4 months benefit). As satraplatin was dealing with more severe patients, who already failed chemotherapy before, such a benefit seems very encouraging. Given the high morbidity of these advanced patients (often with metastasis) even a positive trend in overall survival sounds encouraging.

We understand that the data for all patients look inferior (4 weeks benefit, $p=0.388$, $HR=0.90$; CI: 0.74, 1.09), but are less meaningful as the statistical analysis plan anticipates that trial participants will have a minimum of 12 months follow-up when the protocol-specified number of death events has occurred for the final analysis of overall survival. Note that Docetaxel also was not able to show overall survival benefit in its interim analysis, but succeeded at the end.

# Valuation sensitivity

### Volatility ahead

**Fair value range Euro 5-35:** Our analysis suggests a potential fair value range for GPC might vary between Euro 5 (satraplatin never makes it to the market) or Euro 35 (satraplatin makes it to the market with survival benefit this year). However, this assessment is very subjective, as we are looking at binary outcomes for a one-product company. If investors equally weight best and worst-case scenarios the average fair value would be Euro 20. Despite the cautionary language in the FDA briefing documents we keep our positive bias and Euro 30 price target for now.

### Best-case scenario

**Shares can quadruple:** The best-case scenario still seems possible despite the concerning language in the FDA briefing documents, in our view. Investors should not forget that requirements for accelerated approval are less strict than for full approval. Hence, in case of a positive ODAC panel vote in favor of accelerated approval next Tuesday we believe our current price target of Euro 30 remains valid. We see upside beyond that if the FDA finally approves the drug, overall survival data is convincing and the drug shows efficacy in other tumor types such as lung cancer later this year. Our blue-sky fair value remains Euro 57 per share, which we still see achievable over the next few years.

### Mid-case scenario

**One year delay reduces DCF value by Euro 6:** Our mid-case scenario assumes a delayed approval of satraplatin. On the basis on compelling overall survival data at year-end 2007 we would foresee final FDA approval around Q2-08, plus/minus one quarter. Our DCF analysis suggests that one year delay means Euro 6 lower value per share (around 200m cash flow missed at peak). Hence, in the case of a 1-year delay our price target would fall to Euro 24. We see a chance that the delay might be as short as 6M, which would soften the negative impact of this calculation. If there is no survival benefit at all and the drug makes it to market nonetheless, peak sales expectations might be lower as well. On the other hand satraplatin also carries substantial upside potential for other cancer types.

**Euro 15 seems too cheap:** Note that we have assumed 90% probability of success for satraplatin and would have to keep that probability unchanged to end up at Euro 24 fair value in case of delayed approval. If the FDA ODAC panel meeting was disastrous (suggesting lower approvability likelihood) there would be more downside risk, but nonetheless there should be upside to Friday's closing price of Euro 15 per GPC share. Given the strong survival trend, especially for patients with 12 months follow-up, we remain confident that satraplatin will be approved – and the key question remains when (not whether).

Back in Sept-06 GPC has traded at around Euro 16-17 after the announcement of the SPARC trial. At the point in time the drug was roughly one year away from launch. Since then stock markets have rallied. Since then we have learned more about the consistency of the data (e.g. satraplatin also working in Docetaxel patients) and the compelling safety profile of the drug. Hence, if GPC only gets an approvable letter, the launch might be delayed by 6-12 months, we have lost one year waiting time in the investment case. Hence, if history repeats itself the shares should have good potential to trade > Euro 20 over the next 12M in a delay scenario.

## Worst-case scenario

GPC has interesting preclinical activities and one antibody for lymphoma in phase I clinical trial, which is likely to move into phase II later this year. With Euro 113m net cash (Euro 3.2 per share) at the end of Q1-07 see would see fair value at Euro 5 per share without satraplatin. However, based on the data seen so far, we believe that satraplatin remains a strong value driver for GPC on its transformation to an established and profitable biotech enterprise.

## Risks

After promising phase III data, the launch of Satraplatin seems likely in our view. However, the risks arise from the timeline, regulatory requirements, delays and unfavorable overall survival data as well as failure in combination therapy for lung cancer. There is also a risk of GPC not getting patent extension and Satraplatin generics entering the market before 2016. There is also downside risk to our forecast if the Satraplatin price is lower, market penetration is lower, or off-label use is less than currently anticipated. Other risks are associated with marketing and superior new competitors.

There is near-term downside risk to our price target, if the ODAC panel does not vote in favor of approval and the FDA does not approve the drug. If the drug does not reach overall survival benefit our peak sales assumptions might prove too positive. There is also risk that GPC's lead compound never makes it to the market. As GPC has no products on the market and needs to invest into a product pipeline, the company will burn cash in coming quarters. Hence, without drug approval the company might raise money to build the pipeline, which might dilute existing shareholders. There is also risk that key managers might leave the company in case of satraplatin failure. GPC's antibody in phase I clinical development might not be continued, if phase I data looks disappointing.

22 July 2007   Biotechnology  GPC Biotech                                                         Deutsche Bank

# Appendix 1

## Important Disclosures

Additional information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| GPC Biotech | GPCG.DE | 15.11 (EUR) 20 Jul 07 | 6,14 |

*Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States. See "Important Disclosures Required by Non-US Regulators" and Explanatory Notes.

6. Deutsche Bank and/or its affiliate(s) owns one percent or more of any class of common equity securities of this company calculated under computational methods required by US law.

14. Deutsche Bank and/or its affiliate(s) has received non-investment banking related compensation from this company within the past year.

## Important Disclosures Required by Non-U.S. Regulators

Please also refer to disclosures in the "Important Disclosures Required by US Regulators" and the Explanatory Notes.

6. Deutsche Bank and/or its affiliate(s) owns one percent or more of any class of common equity securities of this company calculated under computational methods required by US law.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com.

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Holger Blum



### Historical recommendations and target price: GPC Biotech (GPCG.DE)

(as of 7/20/2007)



Previous Recommendations
- Strong Buy
- Buy
- Market Perform
- Underperform
- Not Rated
- Suspended Rating

Current Recommendations
- Buy
- Hold
- Sell
- Not Rated
- Suspended Rating

*New Recommendation Structure as of September 9, 2002

1. 27/12/2006: Buy, Target Price Change EUR24.00
2. 23/2/2007: Buy, Target Price Change EUR30.00

### Equity rating key

**Buy:** Based on a current 12-month view of total shareholder return (TSR = percentage change in share price from current price to projected target price plus projected dividend yield), we recommend that investors buy the stock.
**Sell:** Based on a current 12-month view of total shareholder return, we recommend that investors sell the stock
**Hold:** We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.
**Notes:**
1. Newly issued research recommendations and target prices always supersede previously published research.
2. Ratings definitions prior to 27 January, 2007 were:
   Buy: Expected total return (including dividends) of 10% or more over a 12-month period
   Hold: Expected total return (including dividends) between -10% and 10% over a 12-month period
   Sell: Expected total return (including dividends) of -10% or worse over a 12-month period

### Equity rating dispersion and banking relationships



European Universe

## Regulatory Disclosures

### SOLAR Disclosure

For select companies, Deutsche Bank equity research analysts may identify shorter-term trade opportunities that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. This information is made available only to Deutsche Bank clients, who may access it through the SOLAR stock list, which can be found at http://gm.db.com

### Disclosures required by United States laws and regulations

See company-specific disclosures above for any of the following disclosures required for covered companies referred to in this report: acting as a financial advisor, manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/comanaged public offerings in prior periods; directorships; market making and/or specialist role.

### The following are additional required disclosures:

Ownership and Material Conflicts of Interest: DBSI prohibits its analysts, persons reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage.
Analyst compensation: Analysts are paid in part based on the profitability of DBSI, which includes investment banking revenues.
Analyst as Officer or Director: DBSI policy prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director, advisory board member or employee of any company in the analyst's area of coverage.
Distribution of ratings: See the distribution of ratings disclosure above.
Price Chart: See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the DBSI website at http://gm.db.com.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, in addition to those already made pursuant to United States laws and regulations.
Analyst compensation: Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking revenues
Australia: This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act.
EU: A general description of how Deutsche Bank AG identifies and manages conflicts of interest in Europe is contained in our public facing policy for managing conflicts of interest in connection with investment research.
Germany: See company-specific disclosures above for (i) any net short position, (ii) any trading positions (iii) holdings of five percent or more of the share capital. In order to prevent or deal with conflicts of interests Deutsche Bank AG has implemented the necessary organisational procedures to comply with legal requirements and regulatory decrees. Adherence to these procedures is monitored by the Compliance-Department.
Hong Kong: See http://gm.db.com for company-specific disclosures required under Hong Kong regulations in connection with this research report. Disclosure #5 includes an associate of the research analyst. Disclosure #6, satisfies the disclosure of financial interests for the purposes of paragraph 16.5(a) of the SFC's Code of Conduct (the "Code"). The 1% or more interests is calculated as of the previous month end. Disclosures #7 and #8 combined satisfy the SFC requirement under paragraph 16.5(d) of the Code to disclose an investment banking relationship.
Japan: See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.
Russia: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a licence in the Russian Federation.
South Africa: Publisher: Deutsche Securities (Pty) Ltd, 3 Exchange Square, 87 Maude Street, Sandton, 2196, South Africa. Author: As referred to on the front cover. All rights reserved. When quoting, please cite Deutsche Securities Research as the source.
Turkey: The information, interpretation and advice submitted herein are not in the context of an investment consultancy service. Investment consultancy services are provided by brokerage firms, portfolio management companies and banks that are not authorized to accept deposits through an investment consultancy agreement to be entered into such corporations and their clients. The interpretation and advices herein are submitted on the basis of personal opinion of the relevant interpreters

and consultants. Such opinion may not fit your financial situation and your profit/risk preferences. Accordingly, investment decisions solely based on the information herein may not result in expected outcomes.

**United Kingdom:** Persons who would be categorized as private customers in the United Kingdom, as such term is defined in the rules of the Financial Services Authority, should read this research in conjunction with prior Deutsche Bank AG research on the companies which are the subject of this research.

Deutsche Bank

**Deutsche Bank AG/London**

### European locations

| **Deutsche Bank AG London** | **Deutsche-Bank AG, Seccursale de Paris** | **Deutsche Bank AG Equity Research** | **Deutsche Bank Sim S.p.a** |
|---|---|---|---|
| 1 Great Winchester Street | 3, Avenue de Friedland | Große Gallusstraße 10-14 | Via Santa Margherita 4 |
| London EC2N 2EQ | 75008 Paris Cedex 8 | 60272 Frankfurt am Main | 20123 Milan |
|  | France | Germany | Italy |
| Tel: (44) 20 7545 8000 | Tel: (33) 1 44 95 64 00 | Tel: (49) 69 910 0 | Tel: (39) 0 24 024 1 |
| Fax: (44) 20 7545 6155 | Fax: (33) 1 53 75 07 01 | Fax: (49) 69 910 34225/7 | Fax: (39) 0 24 024 2636 |
| **Deutsche Bank AG** | **Deutsche Securities S.V.B, S.A.** | **Deutsche Bank AG** | **Deutsche Bank AG** |
| Herengracht 450 | PO de la Castellana, 42 | Stureplan 4 A, Box 5781 | Uraniastrasse 9 |
| 1017 CA Amsterdam | 7th Floor | S-114 87 Stockholm | PO Box 7370 |
| Netherlands | 28046 Madrid | Sweden | 8023 Zürich |
|  | Spain |  | Switzerland |
| Tel: (31) 20 555 4911 | Tel: (34) 91 782 8400 | Tel: (46) 8 463 5500 | Tel: (41) 1 224 5000 |
| Fax: (31) 20 555 4428 | Fax: (34) 91 782 8465 | Fax: (46) 8 463 5550 | Fax: (41) 1 227 3100 |
| **Deutsche Bank AG, Helsinki** | **Deutsche Bank AG** | **Deutsche UFG** |  |
| Kaivokatu 10 A, P.O.Bvox 650 | Hohenstaufengasse 4 | 10 Povarskaya Street |  |
| FIN-00101 Helsinki | 1010 Vienna | 121069 Moscow |  |
| Finland | Austria | Russia |  |
| Tel: (358) 9 25 25 25 0 | Tel: (43) 1 5318 10 | Tel: (7) 501 967 37 27 |  |
| Fax: (358) 9 25 25 25 85 | Fax: (43) 1 5318 1114 | Fax: (7) 501 967 37 30 |  |

### International locations

| **Deutsche Bank Securities Inc.** | **Deutsche Bank AG London** | **Deutsche Bank AG** | **Deutsche Bank AG** |
|---|---|---|---|
| 60 Wall Street | 1 Great Winchester Street | Große Gallusstraße 10-14 | Deutsche Bank Place |
| New York, NY 10005 | London EC2N 2EQ | 60272 Frankfurt am Main | Level 16 |
| United States of America | United Kingdom | Germany | Corner of Hunter & Phillip Streets |
| Tel: (1) 212 250 2500 | Tel: (44) 20 7545 8000 | Tel: (49) 69 910 0 | Sydney, NSW 2000 |
|  | Fax: (44) 20 7545 6155 |  | Australia |
|  |  |  | Tel: (61) 2 8258 1234 |
|  |  |  | Fax: (61) 2 8258 1400 |
| **Deutsche Bank AG** | **Deutsche Securities Inc.** |  |  |
| Level 55 | Level 20, 2-11-1 Nagatacho |  |  |
| Cheung Kong Center | Sanno Park Tower |  |  |
| 2 Queen's Road Central | Chiyoda-ku, Tokyo 100-6171 |  |  |
| Hong Kong | Japan |  |  |
| Tel: (852) 2203 8888 | Tel: (81) 3 5156 6701 |  |  |
| Fax: (852) 2203 6921 | Fax: (81) 3 5156 6700 |  |  |

## Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed by Deutsche Bank to be reliable and has been obtained from public sources believed to be reliable. With the exception of information about Deutsche Bank, Deutsche Bank makes no representation as to the accuracy or completeness of such information.

This published research report may be considered by Deutsche Bank when Deutsche Bank is deciding to buy or sell proprietary positions in the securities mentioned in this report.

For select companies, Deutsche Bank equity research analysts may identify shorter-term opportunities that are consistent or inconsistent with Deutsche Bank's existing, longer-term Buy or Sell recommendations. This information is made available on the SOLAR stock list, which can be found at http://gm.db.com.

Deutsche Bank may trade for its own account as a result of the short term trading suggestions of analysts and may also engage in securities transactions in a manner inconsistent with this research report and with respect to securities covered by this report, will sell to or buy from customers on a principal basis. Disclosures of conflicts of interest, if any, are discussed at the end of the text of this report or on the Deutsche Bank website at http://gm.db.com.

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate, except if research on the subject company is withdrawn. Prices and availability of financial instruments also are subject to change without notice. This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction or as an advertisement of any financial instruments.

Derivative transactions involve numerous risks including, among others, market, counterparty default and illiquidity risk. The appropriateness or otherwise of these products for use by investors is dependent on the investors' own circumstances including their tax position, their regulatory environment and the nature of their other assets and liabilities and as such investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option investors must review the "Characteristics and Risks of Standardized Options," at http://www.optionsclearing.com/publications/risks/riskchap1.jsp. If you are unable to access the website please contact Deutsche Bank AG at +1 (212) 250-7994, for a copy of this important document. Furthermore, past performance is not necessarily indicative of future results. Please note that multi-leg options strategies will incur multiple commissions.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from, the financial instrument, and such investor effectively assumes currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Furthermore, past performance is not necessarily indicative of future results.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany this report is approved and/or communicated by Deutsche Bank AG Frankfurt authorised by Bundesanstalt für Finanzdienstleistungsaufsicht. In the United Kingdom this report is approved and/or communicated by Deutsche Bank AG London, a member of the London Stock Exchange and regulated by the Financial Services Authority for the conduct of investment business in the UK and authorised by Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin). This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. and in Singapore by Deutsche Bank AG, Singapore Branch. In Japan this report is approved and/or distributed by Deutsche Securities Inc. The information contained in this report does not constitute the provision of investment advice. In Australia, retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10) Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

Copyright © 2007 Deutsche Bank AG 01/2007