# EXHIBIT 10

# Biotechnology

A Research Publication by DZ BANK AG

## GPC Biotech[5]

| Year* | Sales EUR m | IFRS-Earnings per share** EUR | Cashflow per share EUR | PER** | PCF | Dividend per share EUR |
|---|---|---|---|---|---|---|
| 2006 | 22.7 | -1.95 | -1.80 | – | – | 0.00 |
| 2007e | 20.0 | -2.62 | -2.46 | – | – | 0.00 |
| 2008e | 30.0 | -1.95 | -1.78 | – | – | 0.00 |
| 2009e | 84.0 | -0.94 | -0.76 | – | – | 0.00 |

* Fiscal year end December    ** before goodwill amortization

### Substantial risks after negative ODAC decision

- The Oncology Drugs Advisory Committee (ODAC) has clearly refused to accept the primary end point of progression-free survival in the approval-sensitive SPARC study on Satraplatin to demonstrate the drug's efficacy.
- Before an approval, the study must show that the drug extends overall survival (OS) compared with the placebo group. After the death of 463 patients so far, no statistically significant efficacy has yet been shown in this respect.
- Since no increase in overall survival has been shown in the case of other drug developments in the area of prostate cancer, despite a delay in progression, we now only see a probability of 40% of Satraplatin demonstrating efficacy.
- Even in the event that efficacy can be demonstrated, in our view a 12-month postponement in the Satraplatin approval will already lead to a liquidity squeeze in 2008.
- In addition, a delay into the year 2009 could limit options for patent protection, since the chemical patent for Satraplatin in the US and Europe will expire during this period.
- CEO Bernd Seizinger and other members of management now face a class action from investors.

We put the stock's fair value at EUR 7.5 based on the DCF value derived from our adjusted financial projections and a reduction in the success probability of Satraplatin.
Recommendation: sell.

### Equities

**Flash**
3 Aug 2007

**Sell**

Closing price 2 Aug 2007
(in EUR):                            9.68
Fair value:                         7.50
Risk classification:                   5

Financial ratios 2007e:
Book value per share (in EUR):       0.31
Equity ratio (in %):                 19.6
EBITDA margin (in %):              -452.3
Net margin (in %):                 -451.1
ROE (in %):                        -859.3
Dividend yield (in %):                0.0
Free cash flow (EUR m):             -39.4

Number of shares
(million units):                     35.5
Market cap
(in EUR m):                        343.20
Free float (in %):                   93.4
SIN:                               585150
ISIN:                        DE0005851505
Datastream:                         D:GPC
Reuters:                            GPCG.
Bloomberg:                         GPC GR

Next Newsflow:
xxx

| Selected Companies | Price on 2 Aug 2007 | | PER 07e | PER 08e | EV / EBITDA 07e | EV / EBITDA 08e | EBITDA marg. 07e | Re-com. |
|---|---|---|---|---|---|---|---|---|
| GPC Biotech | 9.68 | EUR | – | – | – | – | -452.3% | ↓ |
| MediGene | 4.70 | EUR | – | – | – | – | -100.1% | ↑ |
| Actelion | 67.00 | CHF | 30.0 | 23.7 | 19.3 | 16.4 | 29.4% | – |
| Genentech | 74.29 | USD | 25.6 | 21.7 | 16.4 | 13.6 | 39.8% | – |
| Amylin | 47.38 | USD | – | – | – | – | -26.8% | – |
| Median for all peer group companies | | | 30.0 | 23.7 | 19.3 | 16.4 | -11.6% | – |

↑ = Buy, → = Hold, ↓ = Sell, ● = not rated, n/a = not appropriate
Source: DZ BANK, I/B/E/S, JCF



Author: Dr. Patrick Fuchs, Analyst

1)–9)  Important: Please read the references to possible conflicts of interest and disclaimers/disclosures at the end of this report.



DZ BANK
Achieving more together.

## Substantial risks at the moment

### Accelerated approval process for Satraplatin fails

On 25.7.2007, the FDA's Oncology Drugs Advisory Committee (ODAC) announced that the accelerated approval of Satraplatin for the second-line treatment of patients with hormone-refractory prostate cancer (HRPC) could not be recommended based on clinical data presented by GPC Biotech in its SPARC study. To be more precise, the study's primary end point, the extension of progression-free survival (PFS) was not accepted and the ODAC has advised the FDA to wait for the trial to demonstrate an increase in overall survival (OS). Issues on individual points in the study, which the FDA had been passed on to the ODAC prior to its deliberations, could not be cleared up. The PFS endpoint (=progression-free survival, i.e. progression of the disease or death) is a composite end point, with which progression of the disease is defined among other things by an increase in pain or x-rays demonstrating that the disease has progressed (more and bigger metastases, for example). Both these events affect around 70% of the patients. In the following, we summarise the most important issue and our assessment.

**FDA turns down study end points**

**Most important issues for the FDA**

| Issue | Our views |
|---|---|
| The FDA has no experience of the primary end point PFS presented in the disease | PFS was accepted by the FDA in the most recent approvals in other tumour indications (e.g. Vectibix, Nexavar and Sutent) and could possibly have been used in the SPARC study with another methodology and stronger results. |
| The methodology used by GPC to assess the intensity of pain was questioned | The deviation in methodology for a subjective quantification of the intensity of pain, which the FDA has already approved with the drug Novantrone, presents the approval authorities with substantial acceptance problems. A subjective assessment by patients is especially problematic in so far as patients may most probably tell the placebo and Satraplatin apart based on side effects. |
| Only 51% of patients recruited had previously been treated with Taxotere, which now represents the gold standard in our view | Although Taxotere was not yet approved at the beginning of the study, we estimate that the use of the drug was already widespread off-label. This means that the patient group put together in the study no longer represents the current therapeutic practice. This could have been taken into account in the recruitment from 05/2004. It is possible that accepting this meant that it was also possible to recruit patients who had not been treated with Taxotere more rapidly. |

Source: FDA/DZ BANK research

### Approval probability of less than 50%

After its deliberations, the ODAC voted unanimously (12:0) that approval will only be possible once final overall survival data is available. GPC thereupon withdrew its application for accelerated approval and will re-file once this data is available. We expect these results in Q1 2008.

**GPC has withdrawn application for accelerated approval**

As a result, the drug in clinical development is no longer included in the approval phase in our valuation model, but rather in phase III. The success probability of a cancer drug in phase III is on average around 40%-50%. However, in the case of Satraplatin, we put the figure at the lower end of the range for the following reasons:

**Satraplatin no longer in approval phase**

**Success probability of 40%**

After 463 deaths, the overall-survival trend was still not statistically significant and it is likely to be very difficult to reach statistical significance with the remaining 700 patients. In addition, there is no difference between Satraplatin and the placebo in terms of the proportion of deaths that have already occurred in either group.

**Statistically significant efficacy likely to be difficult to achieve**

Highly promising pain and other progression data has also failed to lead to survival advantages for patients in the case of other drug developments in the field of HRPC. In the case of Mitoxantrone, for example, now a generic chemotherapy drug, which has been

**Progression data have often failed to lead to survival advantage for HPRC**

approved for the first-line treatment of patients with first-line HRPC since 1996, a number of studies have failed to demonstrate any survival advantage even though improvement rates in relation to pain and PSA were similar to those shown by Satraplatin. A study involving the two chemotherapy drugs, Taxotere and Emcyte, which were tested against Novantrone/ Mitoxantrone (first line) could only show a statistically significant survival advantage with a much higher PFS efficacy (verum/placebo: 6.3m/3.2m, delta +100%, compared with Satraplatin +13% median/+50% mean).

**Differences between the clinical studies of Novantrone and Satraplatin**

|  | Satraplatin/Placebo (2nd-line) | Novantrone/Placebo (1st-line) |
|---|---|---|
| Pain progression | 462d/156d (x2.9) | 229d/63d (x3.6) |
| Median survival* | 429d/401d (7%) | 365d/350d (4%) |
| Pain response rates | 24.2%/13.8% (Delta 75%) | 38%/21% (Delta 80%) |
| PSA response rates | 25.4%/11% (Delta 130%) | 33%/9% (Delta 250%) |
| Response rate | 8%/0.7% (x10) | 8.4%/1.6% (x4) |
| PFS/TTP** | 11w/9.7w (Delta 13%) median | 18w/9.8w (Delta 80%) |
|  | 24.9w/16.2w (Delta 50%) mean |  |
| New studies |  |  |
|  | Satraplatin/Placebo | Tax Emcyte/Mitoxantrone (1st-line) |
| Progression | 24.9w/16.2w (Delta 50%) mean | 27.3w/13.4w (Delta 100%). median |
| Median survival | 429d/401d (7%)* | 532d/475d (Delta 12%)*** |

Source: publications/package inserts, * not statistically significant, ** TTP includes increase in PSA as progression event
    d - days, w = weeks, *** statistically significant

In the above table, however, PFS (progression-free survival or death) and TTP (time to progression of the disease only) differ in so far as an increase in the PSA was also rated as a progression event alongside the present improvement in diagnostic radiology. The increase in the PSA was not shown in the SPARC study, since the FDA does not accept this end point from a regulatory point of view. Nowadays, however, an increase in PSA is often seen as a progression event, which means that in actual clinical practice, treatment with Satraplatin would already be broken off earlier. GPC has not yet reported when or how strongly the PSA increased in patients in the SPARC study.   **PSA as progression event not taken into account in SPARC**

**Delay has impact on patent-protection options**
In hindsight, one wonders why GPC sought an accelerated approval using PFS as its end point, when the FDA had already told the company during the regulatory process that it had no previous experience in this area. In our view, the use of an end point hitherto not used by the FDA in any approval carries a higher development risk and reflects an ambitious development strategy. We see three potential reasons for this:   **Possible reasons for GPC's ambitious development strategy**

Firstly, an accelerated approval means earlier market entry, which in view of the high cash-burn rate is desirable from a financial point of view.   **Earlier market entry**

Secondly, a PFS-based end point – albeit pursued here in disagreement with the FDA in its detail – is often a less risky end point in oncology studies than meeting a survival advantage, which has so far only been demonstrated with Taxotere, especially in the case of prostate cancer.   **PFS often a less risky end point**

Another aspect involves the patent situation. The chemical patent for Satraplatin expires in the EU and the US in 2009. If Satraplatin fails in the meantime to win approval on the basis of extended survival, then it might not be possible to extend the chemical patent by five years neither in the US (as per Hatch Waxman) nor in the EU (as per Supplementary   **Extending the chemical patent protection a matter of urgency**

Protection Certificate - SPC), since the product in question must still have patent protection at the time of approval for this to happen. In this case, only less valid use-, formulation- and manufacturing process protection rights would apply. However, according to the company, it is possible to achieve market exclusivity of five and ten years in the US and Europe based on data exclusivity.

Orphan drug status for HRPC, which would have meant patent protection in the US for an additional two years, was turned down by the FDA in May 2007 after four-year discussions.

**No orphan drug status for Satraplatin in HRPC in the USA**

### Legal risks
On 27.7.2007, GPC announced that it is being sued in the US in an alleged class action. The CEO Bernd Seizinger and other members of the Management Board are alleged to have pushed up the price of GPC shares artificially through misleading information. This is likely to concern mainly information about the acceptance of PFS as the end point for the SPARC trial by the FDA, and communication about whether or not there had been an agreement with the FDA in an SPA (Special Protocol Assessment) about the end point. The FDA offers companies an opportunity to come to an agreement about a study design in an SPA. However, the FDA does not stipulate in advance how high the efficacy has to be for a drug to win approval.

**Class action in US court**

Press reports suggest that progression may not have been part of the SPA, that the FDA did not agree to the definition of the progression end point and that its acceptance would depend among other things on the extent of the efficacy observed. In contrast, communications from the company seem to be indicating that PFS was the end point for an accelerated approval. In the light of this, the fact that members of the board sold shares from a stock-option programmes already decided before the ODAC held its deliberations makes the situation even more difficult.

**Progression possibly not part of SPA**

A delay could also have an impact on the contract with Pharmion. Pharmion filed for EMEA approval in June 2007 with the same set of data as GPC and this is currently being processed. Although GPC Biotech is a European company, we do not expect the PFS data to be sufficient in Europe. However, should the EMEA give approval while the patent is still valid in Europe – i.e. before February 2009 – there would also be a slight change in the patent-protection situation in this case (see above), which could lead to changes in the contract with Pharmion.

**Delay in Europe could have impact on contract with Pharmion**

### Financial outlook and valuation
In our financing projections so far, we had assumed liquidity of around EUR 40m as per the end of 2007, which would have been sufficient for 2008 in the light of a marked reduction in the loss to an estimated EUR 20m on the back of the expected approval and marketing of Satraplatin. We now expect the approval of Satraplatin to be deferred to Q3 2008, which already means a financing gap of around EUR 30m in 2008 for GPC. GPC Biotech could therefore seek a further capital increase to secure its liquidity even before the release of OS data. An alternative to this would be to find a partner for the US rights of Satraplatin, although we regard this as unlikely. Another possibility would be a merger with another company, which could secure GPC's liquidity. GPC's main investor, Dietmar Hopp, has just acquired a stake in Lohmann Therapiesystemen, a *Mittelstand* company in the field of drug delivery. In the event of Satraplatin failing to win approval, however, the company would face another development period of roughly three years for Satraplatin, once again in prostate cancer or in another tumour indication.

**Financing gap of at least EUR 30m in 2008 must be plugged**

We calculate a value of EUR 14 per share for GPC based on our modified DCF analysis and assuming a deferred approval of Satraplatin. The DZ BANK pipeline valuation model, in which we have given Satraplatin an approval probability of 40%, gives a value of EUR 7.3 per share. In view of a tight liquidity situation at the moment, however, we have removed the phase II study from our pipeline valuation, in which Satraplatin in combination with taxanes are expected to show a better efficacy than other platin derivatives. A positive outcome for the SPARC study would lead to a share price of EUR 15-20, depending on the degree of efficacy. Our fair value at present is based on the mean between the valuation methods mentioned. However, in view of a tight liquidity situation at the moment, we are applying a discount of 30%. This gives a fair value of EUR 7.5 per share. We therefore recommend selling the stock.

**Fair value per share: EUR 7.5**

**Sell**

### GPC-Biotech – pipeline valuation

| Product | Clinical Phase | Market Launch | Current rPV (EUR m) | rPV/ Share (EUR) | Complete Roll- Out Sales (EUR m) | Adjusted Success Probability |
|---|---|---|---|---|---|---|
| Satraplatin (HRPC-EU) | III | Nov 08 | 41 | 1,16 | 146 | 40% |
| Satraplatin (HRPC-US) | III | Oct 08 | 129 | 3,67 | 219 | 40% |
| Satraplatin/Tarceva NSCLC | II | Sep 11 | 29 | 0,83 | 366 | 10% |
| 1D09C3 | II | Dec 11 | 18 | 0,50 | 183 | 11% |

Source: DZ BANK estimates

DZ BANK  **BIOTECHNOLOGY – GPC BIOTECH**  3 AUG 2007

**Profit and loss account**

| Euro m | 2006 | 2007e | 2008e | 2009e | 2010e | 2011e |
|---|---|---|---|---|---|---|
| **Sales** | 22.7 | 20.0 | 30.0 | 84.0 | 148.0 | 186.0 |
| % against prev. year | 143% | -12% | 50% | 180% | 76% | 26% |
| Cost of goods sold | 0.0 | 0.0 | -1.4 | -12.6 | -25.2 | -35.8 |
| **Gross profit** | 22.7 | 20.0 | 28.7 | 71.4 | 122.8 | 150.2 |
| % against prev. year | 143% | -12% | 43% | 149% | 72% | 22% |
| Sales costs | 0.0 | -15.5 | -18.5 | -18.5 | -31.1 | -37.2 |
| Administration costs | -23.8 | -27.2 | -27.8 | -29.1 | -34.0 | -33.5 |
| R&D expenditure | -64.7 | -69.5 | -50.5 | -55.5 | -44.4 | -46.5 |
| Other operating expenses/income | -0.3 | -0.2 | -0.2 | -0.5 | -0.7 | -0.7 |
| **Operating profit (EBIT)** | -66.2 | -92.5 | -68.3 | -32.2 | 12.5 | 32.2 |
| % against prev. year | | | | | | 157% |
| Net interest income | 4.1 | 1.2 | 0.3 | -1.2 | -1.6 | -0.6 |
| Net other financial income | -2.3 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| **Profit before extraordinary items** | -64.4 | -90.2 | -67.1 | -32.5 | 12.0 | 32.6 |
| % against prev. year | | | | | | 173% |
| Extraordinary profit/loss | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Profit before tax** | -64.4 | -90.2 | -67.1 | -32.5 | 12.0 | 32.6 |
| % against prev. year | | | | | | 173% |
| Tax | 0.0 | 0.0 | 0.0 | 0.0 | -1.3 | -5.4 |
| Tax rate | 0% | 0% | 0% | 0% | 11% | 17% |
| **Profit after tax** | -64.4 | -90.2 | -67.1 | -32.5 | 10.7 | 27.2 |
| % against prev. year | | | | | | 155% |
| Minority interest | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Profit after minorities** | -64.0 | -90.2 | -67.1 | -32.5 | 10.7 | 27.2 |
| Adjusted profit after minorities | -64.0 | -90.2 | -67.1 | -32.5 | 10.7 | 27.2 |
| Average number of shares, fully diluted (m) | 32.840 | 34.400 | 34.400 | 34.400 | 34.400 | 34.400 |
| **Fully diluted earnings per share** | -1.95 | -2.62 | -1.95 | -0.94 | 0.31 | 0.79 |
| **Fully diluted EpS before goodwill amort.** | -1.95 | -2.62 | -1.95 | -0.94 | 0.31 | 0.79 |
| Depreciation/Amortisation | 1.9 | 2.0 | 2.1 | 2.1 | 2.1 | 2.2 |
| EBITDA | -64.3 | -90.5 | -66.2 | -30.1 | 14.7 | 34.4 |
| Fiscal year end December | | | | | | |

Source: GPC Biotech and DZ BANK estimates

[1)-9)] Important: Please read the references to possible conflicts of interest and disclaimers/disclosures at the end of this report.

6

DZ BANK  **BIOTECHNOLOGY – GPC BIOTECH**  3 AUG 2007

**Ratios**

| Euro | 2006 | 2007e | 2008e | 2009e | 2010e | 2011e |
|---|---|---|---|---|---|---|
| **Profit and loss ratios** | | | | | | |
| Sales (m) | 22.7 | 20.0 | 30.0 | 84.0 | 148.0 | 186.0 |
| EBITDA margin | -283.7% | -452.3% | -220.8% | -35.9% | 9.9% | 18.5% |
| EBIT margin | -291.9% | -462.3% | -227.7% | -38.4% | 8.5% | 17.3% |
| Net margin | -284.2% | -451.1% | -223.5% | -38.7% | 7.2% | 14.6% |
| Investment ratio | 8.8% | 9.9% | 6.8% | 2.5% | 1.4% | 1.2% |
| R&D as % of sales | 285.4% | 347.5% | 168.3% | 66.1% | 30.0% | 25.0% |
| Admin and sales costs as % of sales | 105.1% | 213.6% | 154.2% | 56.7% | 44.0% | 38.0% |
| Net other operating costs as % of sales | 1.4% | 1.2% | 0.7% | 0.6% | 0.5% | 0.4% |
| Net financial income as % of sales | 7.7% | 11.2% | 4.2% | -0.3% | -0.4% | 0.2% |
| Interest cover | | | | | 8.0 | 52.1 |
| Average sales growth next five years | 52.3% | 62.0% | 54.2% | 26.1% | | |
| Average earnings growth next five years | | | | | | |
| **Profitability ratios** | | | | | | |
| ROE | -95.9% | -859.3% | 118.6% | 36.5% | -13.6% | -53.1% |
| ROCE | | | | -6026.3% | 558.9% | 1640.5% |
| **Productivity ratios** | | | | | | |
| Sales per employee ('000) | 79.56 | 63.49 | 88.24 | 235.96 | 401.63 | 486.27 |
| EBIT per employee ('000) | -232.25 | -293.51 | -200.94 | -90.54 | 34.03 | 84.28 |
| **Balance sheet ratios** | | | | | | |
| Equity ratio | 62.5% | 19.6% | -920.0% | 412.1% | -4264.7% | -134.7% |
| Long term debt and equity / Fixed assets | 855.2% | 356.7% | -67.0% | -344.3% | -217.3% | 327.1% |
| Liquidity (quick ratio) | 491.9% | 235.4% | -64.8% | -310.1% | -103.4% | 68.0% |
| Receivables as % of sales | 0.0% | 0.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Investment (net of GW) / Depreciation | 107.7% | 98.5% | 98.0% | 97.4% | 97.8% | 101.1% |
| Working capital as % of sales | -9.9% | 0.0% | 5.0% | 5.0% | 4.0% | 3.0% |
| **Figures per share** | | | | | | |
| EpS after goodwill amortisation | -1.95 | -2.62 | -1.95 | -0.94 | 0.31 | 0.79 |
| Fully diluted EpS before goodwill amort. | -1.95 | -2.62 | -1.95 | -0.94 | 0.31 | 0.79 |
| Fully diluted cash earnings per share | -1.80 | -2.46 | -1.78 | -0.76 | 0.56 | 1.10 |
| Dividend per common share | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash per share, fully diluted | 2.91 | 1.15 | -0.30 | -1.34 | -0.86 | 0.25 |
| Net cash per share, fully diluted | 2.81 | 1.06 | -0.97 | -2.01 | -1.53 | -0.42 |
| **Valuation ratios** | | | | | | |
| Enterprise value / Sales | 23.6 | 15.1 | 12.5 | 4.9 | 2.7 | 2.0 |
| Enterprise value / EBITDA | | | | | 27.2 | 10.6 |
| Enterprise value / EBIT | | | | | 31.8 | 11.3 |
| EV/Sales to sales growth | 0.32 | 0.29 | 0.20 | 0.09 | 0.10 | 0.07 |
| PEG ratio - common shares | | | | | | |

Fiscal year end December

Source: GPC Biotech and DZ BANK estimates

[1)–9)] Important: Please read the references to possible conflicts of interest and disclaimers/disclosures at the end of this report.    7

DZ BANK  **BIOTECHNOLOGY – GPC BIOTECH**  3 AUG 2007

**Balance sheet**

| IFRS - Euro m | 2006 | 2007e | 2008e | 2009e | 2010e | 2011e |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Intangible assets | 0.4 | 0.8 | 1.0 | 1.1 | 1.2 | 1.3 |
| (of which goodwill) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tangible assets | 4.3 | 3.9 | 3.6 | 3.4 | 3.3 | 3.3 |
| Financial assets | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 |
| Other fixed assets | 0.0 | 0.0 | 0.0 | 0.0 | -1.3 | -6.7 |
| Fixed assets | 10.3 | 10.3 | 10.2 | 10.2 | 8.8 | 3.4 |
| % against prev. year | -11% | 0% | 0% | -1% | -13% | -61% |
| | | | | | | |
| Inventories | 0.0 | 2.0 | 3.0 | 8.4 | 13.3 | 14.9 |
| Trade receivables | 0.0 | 0.0 | 1.5 | 4.2 | 7.4 | 9.3 |
| Liquid assets/Current investments | 95.5 | 39.6 | -10.3 | -46.2 | -29.5 | 8.5 |
| Other current assets | 1.7 | 1.7 | 1.8 | 1.8 | 1.8 | 1.9 |
| Current assets | 97.2 | 43.3 | -4.1 | -31.8 | -7.0 | 34.6 |
| % against prev. year | -24% | -55% | -109% | | | |
| | | | | | | |
| **Total assets** | **107.5** | **53.6** | **6.1** | **-21.6** | **1.8** | **38.0** |
| % against prev. year | -23% | -50% | -89% | -451% | | 1968% |
| | | | | | | |
| **LIABILITIES** | | | | | | |
| Share capital | 33.9 | 35.5 | 35.5 | 35.5 | 35.5 | 35.5 |
| Reserves | 328.2 | 66.7 | -23.5 | -90.6 | -123.1 | -112.4 |
| Other equity | -294.9 | -91.6 | -68.5 | -33.9 | 9.2 | 25.8 |
| Shareholders' equity | 67.2 | 10.5 | -56.6 | -89.0 | -78.4 | -51.2 |
| % against prev. year | -20% | -84% | -639% | | | |
| | | | | | | |
| Minority interest | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % against prev. year | | | | | | |
| | | | | | | |
| Pensions provisions | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other provisions | 14.3 | 18.0 | 21.6 | 25.9 | 32.3 | 37.5 |
| Interest bearing liabilities | 3.1 | 3.1 | 23.1 | 23.1 | 23.1 | 23.1 |
| Trade accounts payables | 2.3 | 2.0 | 3.0 | 8.4 | 14.8 | 18.6 |
| Other liabilities | 20.6 | 20.0 | 15.0 | 10.0 | 10.0 | 10.0 |
| Total liabilities | 40.3 | 43.1 | 62.7 | 67.4 | 80.2 | 89.2 |
| % against prev. year | -28% | 7% | 45% | 8% | 19% | 11% |
| | | | | | | |
| **Shareholders' equity and liabilities** | **107.5** | **53.6** | **6.1** | **-21.6** | **1.8** | **38.0** |
| % against prev. year | -23% | -50% | -89% | -451% | | 1968% |

Fiscal year end December

Source: GPC Biotech and DZ BANK estimates

[1)–9)] Important: Please read the references to possible conflicts of interest and disclaimers/disclosures at the end of this report.  | 8

**Imprint**
Published by: DZ BANK AG Deutsche Zentral-Genossenschaftsbank, Platz der Republik, 60265 Frankfurt am Main
Board of Directors: Wolfgang Kirsch (Chief Executive Officer), Heinz Hilgert (Deputy Chief Executive Officer), Dr. Thomas Duhnkrack, Albrecht Merz, Dietrich Voigtländer, Frank Westhoff
Responsible: Klaus Holschuh, Head of Research and Volkswirtschaft
Responsible: Dr. Lothar Weniger, Head of Equity Research
© DZ BANK AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main 2007
Reprinting and reproduction requires the approval of DZ BANK AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main

**Time conditions of envisaged updates and of price quotations (Equities)**
DZ BANK maintains a list of companies for which company-specific financial analyses are published (master list). Comments on events relevant for the share price of all companies on the master list are published. Whether and why such publications are made is subject to the sole discretion of DZ BANK. In addition, extensive research analyses are prepared for stocks on the master list. The identity of companies for which such publications are made is subject to the sole discretion of DZ BANK. In order to comply with the regulations of the Securities Trading Act, it is possible that the publication of financial analyses is restricted at any time without any previous announcement for individual companies in the master list.
The share prices are taken from Datastream, based on the Datastream codes given; they are closing prices in line with the Datastream system.

**Responsible Supervisory Authority**
Bundesanstalt für Finanzdienstleistungsaufsicht, Lurgiallee 12, 60439 Frankfurt am Main, Germany

**Responsible Company**
DZ BANK AG Deutsche Zentral-Genossenschaftsbank, Platz der Republik, 60265 Frankfurt am Main, Germany

| DZ BANK Research – all covered companies | | Percentage of companies within each category for which DZ BANK, DZ Financial Markets LCC and/or respective affiliates have provided investment banking services within the previous 12 months | |
|---|---|---|---|
| Buy | 75.4% | Buy | 2.7% |
| Hold | 3.4% | Hold | 10.0% |
| Sell | 21.2% | Sell | 0.0% |

**Certification**
**Each DZ BANK research analyst who is involved in the preparation of this research report certifies that:**
a) the views expressed in the research report accurately reflect such research analyst's personal views about the subject securities and issuers; and
b) that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**The numerical annotations in the text refer to the numbering of the notes below (1-9)**
DZ BANK and/or its respective affiliate(s)
1) beneficially owns 1% or more of any class of common equity securities of the subject company,
2) has managed or co-managed a public offering of securities of the subject company within the past 12 months,
3) beneficially makes a market in, or undertakes the designated sponsor responsibilities of, the subject company. As such, the market maker may have an inventory position, either "long" or "short", in the relevant security and may be on the opposite side of orders executed on the relevant exchange,
4) beneficially has received during the past 12 months compensation for investment banking services from the company, its parent, or its wholly owned or majority-owned subsidiary,
5) holds a trading position, as that term is defined by German law, in shares of the company whose securities are subject of the research,
6) entered into an agreement concerning the preparation of financial analysis with issuers of financial instruments, if these or financial instruments issued by them are the subject of the financial analysis,
7) beneficially expects to receive or intends to seek compensation for investment banking services in the next 3 months from the company, its parent, or its wholly owned or majority-owned subsidiary.
8) The author, or an individual who assisted in the preparation, of the report or a member of their respective households serves as an officer, director or advisory board member of the subject company.
9) The author, or an individual who assisted in the preparation, of the report or a member of their respective households has a direct ownership position in securities issued by the subject company or derivatives thereof.
**Further information and compulsory data regarding financial analyses can be found under www.dzbank.de.**

DZ BANK  **BIOTECHNOLOGY – GPC BIOTECH**  3 AUG 2007

**Disclaimer**

1. This report has been prepared and/or issued by DZ BANK AG Deutsche Zentral-Genossenschaftsbank AG and/or one of its affiliates („DZ BANK") and has been approved by DZ BANK AG Deutsche Zentral-Genossenschaftsbank AG, Frankfurt am Main, Germany in connection with its distribution in the European Economic Area and other such locations as noted below.

The suitability of our recommendations for each investor depends to a great extent on the investment objectives, context and financial situation of the investor concerned. The recommendations and opinions contained in this report constitute the best judgement of DZ BANK at this date and time and are subject to change without notice as a result of future events or results. This report is for distribution in all countries only in accordance with the applicable law and rules and persons into whose possession this report comes should inform themselves about and observe such law and rules. This report constitutes an independent appraisal of the relevant issuer or security by DZ BANK; all evaluations, opinions or explanations contained herein are those of the author of the report and do not necessarily correspond with those of the issuer or third parties.

This report is being furnished to you solely for your information and may not be reproduced, redistributed or published in whole or in part, to any other person.

DZ BANK has obtained the information on which this report is based from sources believed to be reliable, but has not verified all of such information. Consequently, DZ BANK, DZ Financial Markets LLC and/or their respective affiliates do not make or provide any representations or warranties regarding the completeness or accuracy of the information or the opinions contained in this report. Further, DZ BANK assumes no liability for losses incurred as a result of distributing and/or using this report or for any losses which are in any way associated with the distribution and/or usage of this report. Any decision to effect an investment in securities should be founded on independent investment analysis and processes as well as other reports including, but not limited to, information memoranda, sales prospectuses or offering circulars rather than on the basis of this report. Whilst DZ BANK may provide hyperlinks to web sites of entities mentioned in this report, the inclusion of a link does not imply that DZ BANK endorses, recommends or approves any material on the linked page or accessible from it. DZ BANK accepts no responsibility whatsoever for any such material, nor for any consequences of its use.

DZ BANK may have investment banking and other business relationships with the company or companies that are the subject of this report. DZ BANK' s research analysts also provide important input into the investment banking and other business selection processes. Investors should assume that DZ BANK, DZ Financial Markets LLC and/or their respective affiliates are seeking or will seek investment banking or other business from the company or companies that are the subject of this report and that the research analysts who were involved in preparing this material may participate in the solicitation of such business.

Research analysts are not compensated for specific investment banking transactions. The author(s) of this report receive(s) compensation that is based on (among other factors) the overall profitability of DZ BANK, which includes earnings from the firm's investment banking and other businesses. DZ BANK generally prohibits its analysts, persons reporting to analysts, and members of their households from maintaining a financial interest in the securities or futures of any companies that the analysts cover.

2. The securities/ADRs discussed in this report are either listed on a US exchange, traded in the US over-the-counter, or traded only on a foreign exchange. Those securities that are not registered in the US, subject to certain exceptions, may not be offered or sold, directly or indirectly, within the US or to US persons (within the meaning of Regulation S and under the Securities Act). This report does not constitute an offer or solicitation with respect to the purchase or sale of any security within the meaning of Section 5 of US Securities Act and neither this report nor anything contained herein shall form the basis of, or be relied upon in connection with, any contract or commitment whatsoever. DZ Financial Markets LLC (a wholly owned subsidiary of DZ BANK) is a registered broker dealer in the United States and has accepted responsibility for the distribution of this report in the United States and, subject to the limitations of any local registrations, in Canada under applicable requirements. This report is intended for distribution in the United States to qualified institutional buyers (within the meaning of Rule 144A under the Securities Act) and to institutional accredited investors (within the meaning of Regulation D under the Securities Act) and to US Persons (within the meaning of Regulation S under the Securities Act) outside the United States that are qualified institutional buyers or institutional accredited investors. In Canada it may only be distributed to persons who are resident in Canada to whom trades of the securities described herein may be made exempt from the prospectus requirements of applicable provincial or territorial securities laws.

3. This report is for distribution in the United Kingdom only to persons who are of a kind described in the Financial Services and Markets Act 2000 (Financial Promotion Order 2005, Articles 19 and 49). It is directed exclusively to market counterparties and intermediate customers. It is not directed at private customers and any investments or services to which the report may relate are not available to private customers. No persons other than a market counterparty or an intermediate customer should read or rely on any information in this report. DZ BANK does not deal for, or advise or otherwise offer any investment services to private customers in the United Kingdom.

4. DZ BANK Research – Recommendation Definitions

(Except as otherwise noted, expected performance within the 12 month period from the date of the rating):

Buy:     greater than 5% increase in share price
Hold:    price changes between +5% and -5%
Sell:    more than 5% decrease in share price

Any price targets shown for companies discussed in this report may not be achieved due to multiple risk factors, including, without limitation, market volatility, sector volatility, corporate actions, the state of the economy, the failure to achieve earnings and/or revenue projections, the unavailability of complete and accurate information and/or a subsequent occurrence that affects the underlying assumptions made by DZ BANK or by other sources relied upon in the report.

DZ BANK may also have published other research about the company during the period covered that did not contain a price target but that discussed valuation matters. The price targets shown should be considered in the context of all prior published research as well as developments relating to the company, its industry and financial markets.

By accepting this report, you agree to be bound by the foregoing limitations. Additional information on the contents of this report is available on request.

This research is disseminated from the United Kingdom by **Natexis Bleichroeder U. K. Limited** which is **authorised and regulated by the Financial Services Authority.**



**Rating History**

| Recommendation | Date | Price |
|---|---|---|
| Hold | 06.10.2006 | 15.3 |
| Buy | 17.05.2006 | 14.10 |

[1)–9)] Important: Please read the references to possible conflicts of interest and disclaimers/disclosures at the end of this report.   | 10

DZ BANK  **BIOTECHNOLOGY – GPC BIOTECH**  3 AUG 2007

### Research Team Life Science

| | | | |
|---|---|---|---|
| Dr. Christa Bähr, CFA | Healthcare | +49 – (0)69 – 74 47 – 72 42 | christa.baehr@dzbank.de |
| Michael Bissinger | Healthcare | +49 – (0)69 – 74 47 – 65 42 | michael.bissinger@dzbank.de |
| Dr. Patrick Fuchs, CEFA | Biotechnology | +49 – (0)69 – 74 47 – 22 48 | patrick.fuchs@dzbank.de |
| Ulrich Geis | Healthcare/Biotechnology | +49 – (0)69 – 74 47 – 65 42 | ulrich.geis@dzbank.de |
| Thomas Maul | Pharmaceuticals/Pharma-Wholesale | +49 – (0)69 – 74 47 – 16 04 | thomas.maul@dzbank.de |
| Peter Spengler, CIIA | Pharmaceuticals/Chemicals | +49 – (0)69 – 74 47 – 36 94 | peter.spengler@dzbank.de |

### Sales Institutional Investors

| | | |
|---|---|---|
| Domestic | +49 – (0)69 – 74 47 – 67 10 | Sven.Rissmueller@dzbank.de |
| International | +49 – (0)69 – 74 47 – 49 95 | Heiko.Klebing@dzbank.de |
| Structured products | +49 – (0)69 – 74 47 – 9 91 95 | derivate@dzbank.de |
| | | michael.menrad@dzbank.de |

C500e

[1)–9)] Important: Please read the references to possible conflicts of interest and disclaimers/disclosures at the end of this report.   11