UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
IN RE GPC BIOTECH AG SECURITIES     :  Civil Action No.: 1:07-cv-06728 (DC)
LITIGATION                                              :
:
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Lead Plaintiff Axxion S.A.

Luxemburg.

    I certify that I am admitted to practice in this Court.

Dated: September 10, 2008
        New York, New York

                Respectfully submitted,

                LABATON SUCHAROW LLP

                By: ___/s/ Jonathan Gardner_____
                Jonathan Gardner (JG-8512)
                140 Broadway
                New York, New York 10005
                Telephone: (212) 907-0700
                Facsimile: (212) 818-0477

                *Counsel for Lead Plaintiff Axxion*
                *S.A. Luxemburg and Lead Counsel*
                *for the Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 10, 2008, I caused the following to be electronically filed:

  (i)  Notice of Appearance for Jonathan Gardner

with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following parties:

  Joel H. Bernstein
  jbernstein@labaton.com,ElectronicCaseFiling@labaton.com

  Thomas George Ciarlone , Jr
  tciarlone@lawssb.com

  GPC BIOTECH GROUP
  nkaboolian@abbeyspanier.com

  Bernard J. Garbutt , III
  bgarbutt@morganlewis.com

  Nancy Kaboolian
  nkaboolian@abbeyspanier.com

  Christopher J. Keller
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

  Richard Barry Margolies
  rmargolies@abbeyspanier.com

  Ira A. Schochet
  ischochet@labaton.com

  Amanda Claire Scuder
  ascuder@lawssb.com

  Michael Walter Stocker
  mstocker@labaton.com

  Ralph M. Stone
  rstone@lawssb.com

  I hereby certify that I sent a copy of the Notice of Appearance for Jonathan Gardner to the following parties via U.S. mail:

Karen Pohlmann
William P. Quinn
Marc Sonnenfeld
Morgan, Lewis & Bockius LLP (Philadelphia)
1701 Market Street
Philadelphia, PA 19103

Evan Smith
Brodsky & Smith, L.L.C.
240 Mineola Boulevard
Mineola, NY 11501

            ___/s/ Jonathan Gardner_____
              Jonathan Gardner