UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
:
IN RE GPC BIOTECH AG SECURITIES  :  Civil Action No.: 1:07-cv-06728 (DC)
LITIGATION  :
:
:
------------------------------------------------------ x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jonathan Gardner, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

    Mark S. Goldman
    Of Counsel
    Labaton Sucharow LLP
    140 Broadway
    New York, NY 10005
    Phone: (212) 907-0700
    Fax: (212) 818-0477

Mark S. Goldman is a member in good standing of the Bar of the Commonwealth of Pennsylvania. Attached hereto is a Certificate of Good Standing from the Supreme Court of Pennsylvania, dated August 18, 2008. There are no pending disciplinary proceedings against Mark S. Goldman in any State or Federal court.

Dated: New York, New York
       September 12, 2008

Respectfully submitted,

/s/ Jonathan Gardner

Jonathan Gardner (JG-8512)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Lead Plaintiff Axxion S.A.
Luxemburg and Lead Counsel for the Class*



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Mark S. Goldman, Esq.*

DATE OF ADMISSION

*December 15, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: August 18, 2008

John W. Person, Jr., Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
:
IN RE GPC BIOTECH AG SECURITIES    :    Civil Action No.: 1:07-cv-06728 (DC)
LITIGATION                          :
:
:
----------------------------------------x

### AFFIDAVIT OF JONATHAN GARDNER IN SUPPORT OF
### MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York   )
                    )   ss:
County of New York  )

JONATHAN GARDNER, being duly sworn, hereby deposes and says as follows:

1. I am Of Counsel to the firm of Labaton Sucharow LLP, counsel for Lead Plaintiff Axxion S.A. Luxemburg and Lead Counsel for the Class in the above captioned consolidated action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Lead Plaintiffs' motion to admit Mark S. Goldman as counsel pro hac vice to represent Lead Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 30, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mark S. Goldman since August 2007.

4. Mark S. Goldman is Of Counsel to the law firm of Labaton Sucharow LLP, counsel for Lead Plaintiff Axxion S.A. Luxemburg and Lead Counsel for the Class in the above captioned consolidated action.

5. I have found Mark S. Goldman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I hereby move the admission of Mark S. Goldman, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mark S. Goldman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Mark S. Goldman, pro hac vice, to represent Lead Plaintiffs and the proposed class in the above captioned matter, be granted.

Dated: New York, New York
September 12, 2008

Respectfully submitted,

_____
Jonathan Gardner (JG-8512)

Sworn to before me this
12th day of September, 2008.

_____
Notary Public

Yee Wai Chan
Notary Public, State of New York
No. 01CH6068383
Qualified in Queens County
Commission Expires Dec. 31, 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
                                                            :
IN RE GPC BIOTECH AG SECURITIES         :   Civil Action No.: 1:07-cv-06728 (DC)
LITIGATION                                                  :
                                                            :
                                                            :
----------------------------------------------------------- x

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Jonathan Gardner, attorney for Lead Plaintiffs and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Mark S. Goldman
    Of Counsel
    Labaton Sucharow LLP
    140 Broadway
    New York, NY 10005
    Phone: (212) 907-0792
    Fax: (212) 818-0477
    Email: mgoldman@labaton.com

is admitted to practice pro hac vice as counsel for Lead Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.com. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____
New York, New York

                                                          _____
                                                          Hon. Denny Chin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
IN RE GPC BIOTECH AG SECURITIES    :    Civil Action No.: 1:07-cv-06728 (DC)
LITIGATION                          :
:
:
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Jonathan Gardner, hereby certify that on this 12th day of September 2008, I caused true and correct copies of the Motion to Admit Counsel Pro Hac Vice to be served upon parties on the attached service list via U.S. mail.

Dated: September 12, 2008

_____
Jonathan Gardner (JG-8512)

## SERVICE LIST

**Counsel for Defendants:**

Bernard J. Garbutt
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Marc J. Sonnenfeld
William P. Quinn
Karen Pieslak Pohlmann
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants GPC Biotech AG,
Bernd R. Seizinger, Mirko Scherer, Elmar
Maierand Sebastian Meier-Ewert*