DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/09

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IN RE
    GPC BIOTECH AG,
    SECURITIES LITIGATION
------------------------------------------------------------X

07 CIVIL 6728 (DC)
**JUDGMENT**

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on December 29, 2009, having rendered its Memorandum Decision denying plaintiffs' motion for leave to amend the complaint, directing the Clerk of the Court to enter judgment dismissing the complaint, as set forth in the Court's order dated March 12, 2009, with prejudice and with costs, but without attorneys' fees, and denying defendants' request for sanctions, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated December 29, 2009, plaintiffs' motion for leave to amend the complaint is denied; judgment is entered dismissing the complaint, as set forth in the Court's order dated March 12, 2009, with prejudice and with costs, but without attorneys' fees; and defendants' request for sanctions is denied.

**Dated:** New York, New York
       December 30, 2009

                                      **J. MICHAEL McMAHON**
                                        **Clerk of Court**
        **BY:**
                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____